# EXHIBIT F

# EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 11,991,234[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Echelon Fitness Multimedia, LLC ("Echelon"), using the Echelon Fit Mobile Application (the "Echelon App"), available at https://apps.apple.com/us/app/echelon-fit/id1262424186 and on Android, together with Echelon's streaming exercise equipment (collectively, "Echelon"), that infringe at least claim 12 of U.S. Patent No. 11,991,234 (the "'234 Patent"). Upon information and belief, Echelon operates streaming services that infringe one or more claims of the '234 Patent (the "Accused Services"), including at least the Echelon App and its streaming exercise equipment.

The chart is exemplary and should not be read to limit Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C.'s (collectively, "DISH") assertions against Echelon as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Echelon infringes the claims below.

The following evidence and descriptions, including tests conducted on the Echelon App, show that the Accused Services meet each element of at least claim 12 of the '234 Patent in substantially the same manner described below.

To the extent users are required to perform any claim limitation, Echelon induces that performance by designing and operating the Echelon App to stream videos using HLS and by providing user-facing instructions and support materials directing users to access and stream Echelon videos through the Echelon App and related Echelon applications, including the support materials cited below. *See, e.g.*, https://echelonfit.com/blogs/blog/beyond-the-bike-echelon-s-expanding-hardware-ecosystem-powers-growth?_pos=3&_sid=11d6a2fc2&_ss=r/ (reproduced in part below):

> Nearly everything Echelon has done in the past handful of years has been in the name of innovation and diversification. After the brand experienced a surge in demand for its EX-7S and EX-Pro connect bikes around the COVID-19 pandemic, it doubled down on connected amenities, introducing the Row-7S, the Stride 9S treadmill and the Strength Pro.
>
> Not long after, it added streaming content capabilities, gamification features, an elliptical, stairmills, a slat treadmill, the Strength IQ line and a handful of recovery products. That includes commercial cold plunges, compression boots, cryo and thermo therapy garments.

*See also, e.g.*, *id.* (reproduced in part below):

> Echelon carries three commercial stairmills, which range in size but all have consoles to facilitate a connected experience and connect to the Echelon Fit App for live and on-demand classes, personalized AI workouts, guided scenic rides and entertainment streaming. Cardio consoles are now pre-loaded with FitOS for added gamification and content capabilities as well.

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '234 Patent addressed in that section unless otherwise indicated.

> Along with the aforementioned products, Echelon recently added several white label app integrations to widen its offerings from a tech side. Those efforts included a rebranding of Forte, which gives operators the ability to live stream their own content and establish an on-demand library.

https://support.echelonfit.com/kb/article/187-what-broadband-speeds-do-i-need-for-the-app-to-work/ ("Due to the video-streaming nature of the Echelon Fit app's interactive features, …");

To the extent DISH asserts contributory infringement, Echelon's Accused Services include ABR components that constitute material parts of the claimed invention, including Echelon's client-side adaptive-bitrate selection logic, server-side multi-bitrate encoding and segment storage, and HLS manifest and playlist delivery. As deployed in the Echelon App, those components are especially made or adapted for infringing ABR streaming and have no substantial non-infringing use in that configuration.

This chart provides the element-by-element technical mapping of the Accused Services to claim 12 of the '234 Patent.

# I. U.S. Patent No. 11,991,234

## A. Claim 12

| |
|---|
| *12[pre] A method executable by a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network, the method comprising:* |

Echelon provides information that permits a client device accessing the Echelon App to output rate-adaptive streams received via fulfilled HTTP GET requests to one or more servers associated with Echelon connected to the client device via at least one Transmission Control Protocol ("TCP") connection. Example client devices include Apple iPhones, Apple iPads, Android phones, and Android tablets. The client devices include a media player configured to enable video streaming.

Any images in this chart are from the Echelon website or the Echelon App running on an Apple iPhone for tests conducted within the past six years. In addition, the Echelon App is available to run on other content player devices, including, for example: Apple iPads, Android phones, and Android tablets.

The exemplary test capture concerns the on-demand strength class "Intermediate Workout 15," captured used an Apple iPhone using Apple's AVPlayer/CoreMedia HLS stack, monitored through Charles Proxy.

The Echelon App provides access to streaming exercise classes on Apple iPhones, Apple iPads, Android phones, and Android tablets. *See* https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.




https://echelonfit.com/pages/echelon-premier.

Upon logging in to the Echelon App, an end user is given access to numerous live and on-demand workout videos. For example, the following pages may be displayed:

Exemplary Infringement Chart for U.S. Patent No. 11,991,234







When the user selects the on-demand strength class titled "Intermediate Workout 15," the Echelon App displays more details regarding the video, and provides the user with the option to view the video. For example, as shown below, the Intermedia Workout 15 was originally available live on September 20, 2020 and has a 15 minute runtime.

Exemplary Infringement Chart for U.S. Patent No. 11,991,234







Selecting the image on the displayed page causes the Intermediate Workout 15 class and associated stream to be requested and streamed to the client device.




With respect to adaptively receiving the digital stream from Echelon's video server over the network, the Echelon App's adaptive bitrate streams are provided to Apple's AVPlayer/CoreMedia HLS stack from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017

("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, the Echelon App operates Apple's AVPlayer/CoreMedia HLS stack on a client device, which is configured to request Echelon's digital content from one or more servers via at least one TCP connection over the network.

Echelon's content is stored on one or more servers over a network and is displayed to client devices through the Echelon App. Echelon's support materials identify compatibility with Apple iPhones, Apple iPads, Android phones, and Android tablets. *See* https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.

The one or more servers accessible by the client device running the Echelon App store MPEG-2 Transport Stream (.ts) streamlets corresponding to particular segments of the Intermediate Workout 15 video, and each segment is encoded at one of four resolutions. Together, the streamlets of one resolution are known as a "Variant Stream" or a "Bandwidth version".

The Echelon App includes a media player configured to stream the video from one or more servers via at least one TCP connection over the network. For example, as shown by the Charles Proxy "Sequence" excerpt below, streamlet video files are transmitted to a client device via at least one TCP connection from a server accessible via **d3sbd4r3p20qaf.cloudfront.net**.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

The URI **d3sbd4r3p20qaf.cloudfront.net** is affiliated with the below IP addresses:

```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

These one or more servers, whose content is accessible by client devices through the Echelon App, store and deliver individually-requestable streamlets corresponding to particular segments of a video as MPEG-2 Transport Stream (.ts) files, and each streamlet is encoded at one of numerous resolutions. Thus, Echelon stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The four variant streams of the video displayed by the Echelon App include a 524623 Bandwidth version at 480x270, a 1439848 Bandwidth version at 640x360, a 3902361 Bandwidth version at 960x540, and a 5498805 Bandwidth version at 1280x720. The 524623, 3902361, and 5498805 Bandwidth versions are referred to herein as the low-quality, medium-quality, and high-quality streams, respectively.

In the instant test of a video titled "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[4]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

[4] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames. For example:

| **Bandwidth**[5] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts, |

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

| Bandwidth[5] | Streamlet |
|---|---|
| | …, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts |

Each of the variant stream playlists includes MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode the same portion of the video at various resolutions. The **524623 Bandwidth** version can be considered a low-quality stream, the **3902361 Bandwidth** version can be considered a medium-quality stream, and the **5498805 Bandwidth** version can be considered a high-quality stream. version is the additional 640x360 variant.**1439848 Bandwidth** The

A client device accessing the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, after requesting the Master Manifest, the client device accessing the Echelon App initially requested the **524623 Bandwidth** version at 480x270 and fetched all four variant playlists up front. The Echelon server returned the playlist files with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts
```

```
[***]

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts
#EXTINF:1
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts
#EXT-X-ENDLIST
```

The variant playlist file at "/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8" is an HLS VOD playlist. Each line beginning with "#EXTINF" specifies the length of the following MPEG-2 Transport Stream (.ts) segment. Each of the four Echelon variant playlists contains exactly 77 streamlets; every segment has an #EXTINF:12 duration except segment 00042, which has #EXTINF:13, and final segment 00077, which has #EXTINF:1. Each playlist ends with #EXT-X-ENDLIST.

Similarly shown in the test data, the client device accessing the Echelon App requested the **3902361 Bandwidth** version at 960x540. The Echelon server returned the corresponding playlist file with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts

[***]

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts
#EXTINF:1
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts
#EXT-X-ENDLIST
```

As with the variant playlist file for the **524623 Bandwidth** version, the **3902361 Bandwidth** variant playlist is an HLS VOD playlist. The four variant playlists use identical ordered streamlet numbering and the same duration pattern. The capture includes both "Miss from cloudfront" and "Hit from cloudfront" cache headers, confirming per-segment edge caching at the CloudFront host.

The Media Playlist for each of the Echelon variant streams identifies a group of streamlets associated with each different copy. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

Thus, the limitations for this claim limitation are met. Echelon practices a method executable by a client device to output rate-adaptive streams received via at least one transmission control protocol (TCP) connection with at least one server over a network.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[a] receiving, by the client device, digital content from the at least one server via the at least one TCP connection over the network,* |

As shown above in element 12[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.12[pre].

The Echelon App includes a media player configured to stream the video from one or more servers via at least one TCP connection over the network.

As shown by the Charles Proxy "Sequence" excerpt below, the streamlet video files are hosted on a server accessible via **d3sbd4r3p20qaf.cloudfront.net**.

| [6]Method | Host | Path[7] | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c996 | … | Complete |

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

[7] Video path abbreviated for readability throughout.

Exemplary Infringement Chart for U.S. Patent No. 11,991,234

| [6]Method | Host | Path[7] | … | Status |
| --- | --- | --- | --- | --- |
| | | 0b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | | |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

The URI **d3sbd4r3p20qaf.cloudfront.net** is associated with the below IP addresses:

```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[b] wherein multiple different copies of the digital content encoded at different bit rates are stored as individually-requestable portions on the at least one server,* |

As shown above in elements 12[pre]-[a], which is incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[a].

As explained above, the one or more servers, whose content is accessible by client devices through the Echelon App, store individually-requestable MPEG-2 Transport Stream (.ts) streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Echelon stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The four variant streams of the video displayed by the Echelon App include a 524623 Bandwidth version at 480x270, a 1439848 Bandwidth version at 640x360, a 3902361 Bandwidth version at 960x540, and a 5498805 Bandwidth version at 1280x720. The 524623, 3902361, and 5498805 Bandwidth versions are referred to herein as the low-quality, medium-quality, and high-quality streams, respectively.

For example, in the instant test of a video titled "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[8]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames. For example:

| **Bandwidth**[9] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts, |

[9] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

| Bandwidth[9] | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts |

Each of the variant stream playlists includes MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode the same portion of the video at various resolutions. The **524623 Bandwidth** version can be considered a low-quality stream, the **3902361 Bandwidth** version can be considered a medium-quality stream, and the **5498805 Bandwidth** version can be considered a high-quality stream. version is the additional 640x360 variant.**1439848 Bandwidth** The

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The Media Playlist for each of the Echelon variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media

- YELLOW = variant streams
- RED = bitrates of variant streams

Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.”).

As shown in the test data, after requesting the Master Manifest, the client device accessing the Echelon App initially requested the **524623 Bandwidth** version at 480x270 and fetched all four variant playlists up front. The Echelon server returned the playlist files with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts

[***]

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts
#EXTINF:1
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts
#EXT-X-ENDLIST
```

The variant playlist file at “/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8” is an HLS VOD playlist. Each line beginning with “#EXTINF” specifies the length of the following MPEG-2 Transport Stream (.ts) segment. Each of the four Echelon variant playlists contains exactly 77 streamlets; every segment has an #EXTINF:12 duration except segment 00042, which has #EXTINF:13, and final segment 00077, which has #EXTINF:1. Each playlist ends with #EXT-X-ENDLIST.

Similarly shown in the test data, the client device accessing the Echelon App requested the **3902361 Bandwidth** version at 960x540. The Echelon server returned the corresponding playlist file with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts

[***]

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts
#EXTINF:1
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts
#EXT-X-ENDLIST
```

As with the variant playlist file for the **524623 Bandwidth** version, the **3902361 Bandwidth** variant playlist is an HLS VOD playlist. Each of the four Echelon variant playlists contains exactly 77 streamlets with identical ordered numbering and the same duration pattern, including #EXTINF:12 for every streamlet except 00042 (#EXTINF:13) and final 00077 (#EXTINF:1). This manifest parity, together with #EXT-X-INDEPENDENT-SEGMENTS signaling in the Master Manifest and RFC 8216's requirements that matching content in Variant Streams have matching timestamps and matching Discontinuity Sequence Numbers, supports alignment across renditions. The analysis does not include directly observed PTS timestamps or Discontinuity Sequence Numbers; alignment is established by manifest parity and RFC 8216 requirements rather than observed timestamp data.

Thus, the limitations for this claim element are met. Echelon practices a method to output rate-adaptive streams, wherein multiple different copies of the digital content encoded at different bit rates are stored as individually-requestable portions on the at least one server.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[c] wherein each of the individually-requestable portions of a corresponding copy of the digital content is a different portion of the digital content during presentation,* |

As shown above in elements 12[pre]-12[b], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[b].

Moreover, Echelon's digital content is divided into a plurality of individually-requestable MPEG-2 Transport Stream (.ts) portions, or streamlets, such that each streamlet corresponds to a portion of the Intermediate Workout 15 video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the requested video.

The four variant streams of the video displayed by the Echelon App include a 524623 Bandwidth version at 480x270, a 1439848 Bandwidth version at 640x360, a 3902361 Bandwidth version at 960x540, and a 5498805 Bandwidth version at 1280x720. The 524623, 3902361, and 5498805 Bandwidth versions are referred to herein as the low-quality, medium-quality, and high-quality streams, respectively.

For example, in the instant test of a video titled "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[10]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS=”avc1.4d401f,mp4a.40.5”

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS=”avc1.4d401f,mp4a.40.5”

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the “524623 Bandwidth”) having a resolution of 480x270
- 1439848 (referred to herein as the “1439848 Bandwidth”) having a resolution of 640x360
- 3902361 (referred to herein as the “3902361 Bandwidth”) having a resolution of 960x540
- 5498805 (referred to herein as the “5498805 Bandwidth”) having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames. For example:

| **Bandwidth**[11] | **Streamlet** |
| --- | --- |
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts, …, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts, |

[11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon’s operation and is not intended to limit DISH’s position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

| | |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts, …,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts, …,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts |

Each of the variant stream playlists includes MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode the same portion of the video at various resolutions. The **524623 Bandwidth** version can be considered a low-quality stream, the **3902361 Bandwidth** version can be considered a medium-quality stream, and the **5498805 Bandwidth** version can be considered a high-quality stream. version is the additional 640x360 variant.**1439848 Bandwidth** The

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The Media Playlist for each of the Echelon variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, after requesting the Master Manifest, the client device accessing the Echelon App initially requested the **524623 Bandwidth** version at 480x270 and fetched all four variant playlists up front. The Echelon server returned the playlist files with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
```

```
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts

[***]

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts
#EXTINF:1
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts
#EXT-X-ENDLIST
```

The variant playlist file at "/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8" is an HLS VOD playlist. Each line beginning with "#EXTINF" specifies the length of the following MPEG-2 Transport Stream (.ts) segment. Each of the four Echelon variant playlists contains exactly 77 streamlets; every segment has an #EXTINF:12 duration except segment 00042, which has #EXTINF:13, and final segment 00077, which has #EXTINF:1. Each playlist ends with #EXT-X-ENDLIST.

Similarly shown in the test data, the client device accessing the Echelon App requested the **3902361 Bandwidth** version at 960x540. The Echelon server returned the corresponding playlist file with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts
```

```
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts

[***]

#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts
#EXTINF:1
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts
#EXT-X-ENDLIST
```

As with the variant playlist file for the **524623 Bandwidth** version, the **3902361 Bandwidth** variant playlist is an HLS VOD playlist. Each of the four Echelon variant playlists contains exactly 77 streamlets with identical ordered numbering and the same duration pattern, including #EXTINF:12 for every streamlet except 00042 (#EXTINF:13) and final 00077 (#EXTINF:1). This manifest parity, together with #EXT-X-INDEPENDENT-SEGMENTS signaling in the Master Manifest and RFC 8216's requirements that matching content in Variant Streams have matching timestamps and matching Discontinuity Sequence Numbers, supports alignment across renditions. The analysis does not include directly observed PTS timestamps or Discontinuity Sequence Numbers; alignment is established by manifest parity and RFC 8216 requirements rather than observed timestamp data.

Thus, the limitations of this claim element are met. Echelon practices a method to output rate-adaptive streams, wherein each of the individually-requestable portions of a corresponding copy of the digital content is a different portion of the digital content during presentation.

Echelon videos are stored on one or more servers associated with Echelon as multiple different copies, each of which is comprised of individually-requestable MPEG-2 Transport Stream (.ts) segments, or streamlets, encoded at multiple bit rates. Each streamlet for each bit rate version of the video corresponds to a different portion of the video program.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

*12[d] wherein the individually-requestable portions across the different copies yield the same portions of the digital content upon presentation, and wherein the receiving comprises:*

As shown above in elements 12[pre]-[c], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[c].

As mentioned above, Echelon videos are encoded at a plurality of different bitrates to create a plurality of streams including low-, medium-, and high-quality streams. Each of the four Variant

Streams has a streamlet that encodes the same portion of the video at a different bitrate, and the corresponding streamlets are listed in playlists with identical ordered numbering and duration patterns. The Master Manifest also signals #EXT-X-INDEPENDENT-SEGMENTS.

In the instant test, the Echelon App on an Apple iPhone made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest. As shown in the Master Manifest below, the Intermediate Workout 15 video is encoded at different bitrates.

In the instant test of the "Intermediate Workout 15" class, the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the **Master Manifest/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** at . The Master Manifest returned the contents below.

[12]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

---

[12] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

File path: **master.m3u8**

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames. For example:

| **Bandwidth**[13] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts, …, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts, …, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts, …, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts, |

[13] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

| **Bandwidth**[13] | **Streamlet** |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts |

As shown for example below, each of the **524623 Bandwidth**, **3902361 Bandwidth**, and **5498805 Bandwidth** variant playlists contains MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode portions of the Intermediate Workout 15 video. The streamlet files within each version playlist are arranged in ascending numbered order, beginning with streamlet 00001 and progressing through streamlet 00077. The four variant playlists use identical ordered numbering and the same duration pattern.

| **Bandwidth** | **Streamlet** |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br>[***]<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12 |

| **Bandwidth** | **Streamlet** |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br>[***]<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br>[***]<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

On information and belief, the playlists for the other Echelon resolution variants also include these 77 segments, or streamlets, arranged in ascending numbered order and corresponding to the same portion of the Intermediate Workout 15 video provided on-demand from Echelon's server.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprises a group of streamlets encoded at its respective bitrate. As set forth above, each Variant Stream "describes a different version of the same content." RFC 8216 at 5. Thus, the Variant Streams are

"encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. HLS further requires that "[m]atching content in variant streams MUST have matching timestamps" and that "[m]atching content in variant streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43. The Master Manifest's #EXT-X-INDEPENDENT-SEGMENTS signaling and the identical ordered 77-segment manifests support alignment across Echelon renditions. The analysis does not include directly observed PTS timestamps or Discontinuity Sequence Numbers; alignment is established by manifest parity and RFC 8216 requirements rather than observed timestamp data.

Echelon's video server stores the video such that each of the low-quality stream, the medium-quality stream, and the high-quality stream comprises a group of streamlets. The HLS protocol indicates that "[a] Media Playlist contains a list of Media Segments, which, when played sequentially, will play the multimedia presentation." RFC 8216 at 4; *see also* RFC 8216 at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation.").

Each of the Media Segments in HLS yields a different portion of the video on playback. For example, HLS provides that "[e]ach segment in a Media Playlist has a unique integer Media Sequence Number. The Media Sequence Number of the first segment in the Media Playlist is either 0 or declared in the Playlist (Section 4.3.3.2). The Media Sequence Number of every other segment is equal to the Media Sequence Number of the segment that precedes it plus one." RFC 8216 at 6. As such, "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6. Thus, each of the streamlets in a set must yield a different portion of the video on playback.

The streamlets across Echelon's different copies yield the same portions of the video on playback. As set forth above, each Variant Stream "describes a different version of the same content." RFC 8216 at 5. Thus, the Variant Streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. To allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. Here, the alignment showing is based on identical ordered 77-segment manifest numbering and duration pattern, #EXT-X-INDEPENDENT-SEGMENTS signaling, and RFC 8216's matching-timestamp and Discontinuity Sequence Number requirements, not directly observed PTS or Discontinuity Sequence Number data.

Thus, the limitations for this claim element are met. Echelon videos are stored on one or more servers associated with Echelon as multiple different copies, each comprised of individually-requestable MPEG-2 Transport Stream (.ts) segments, or streamlets, encoded at multiple bit rates. Each streamlet for each bit rate version of the video corresponds to a different portion of the video program, and manifest parity and RFC 8216 support that the corresponding numbered streamlets across renditions yield the same portion of the video.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| *12[e] requesting by the client device a plurality of sequential individually-requestable portions of one of the copies from the at least one server;* |
|---|

As shown above in elements 12[pre]-12[d], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[d].

For the instant test, the Echelon App automatically requested and received streamlets corresponding to the on-demand Intermediate Workout 15 video. Below is an excerpt of the Charles Proxy "Sequence" listing showing the requests alongside their status:

| [14]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

Thus, the limitations for this claim element are met. Echelon practices requesting, by the client device, a plurality of sequential individually-requestable portions of one of the copies from the at least one server.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

[14] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| |
|---|
| *12[f] automatically requesting by the client device from the at least one server subsequent portions of the digital content by requesting for each such portion one of the individually-requestable portions from one of the copies dependent upon successive determinations by the client device to change a requested bit rate to a higher or lower bit rate one of the different copies,* |

As shown above in elements 12[pre]-[e] which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[e].

As explained above, the Echelon App automatically requests subsequent streamlets through HTTP GET requests over TCP connections. The requests are transmitted without user input for each sequential streamlet and include the documented rendition-selection behavior.

During streaming of the instant Intermediate Workout 15 test video, the Echelon App made automatic HTTP GET requests for streamlets from the Echelon CloudFront host. The trace shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. After successive determinations that higher bitrates were sustainable, the client requested and received the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions.

In response to requesting the first streamlet via an HTTP GET request, the client device receives the requested streamlet from the Echelon server via the network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows four bandwidth versions, or Variant Streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames. For example:

| Bandwidth | Streamlet |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts |

For the instant test, the Echelon App used the native Apple AVPlayer/CoreMedia HLS stack to evaluate the available renditions. The App initially requested the **524623 Bandwidth** (480x270) version and fetched all four variant playlists up front. The trace then shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the client requested and received the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. This supports an inference that the native AVPlayer/CoreMedia HLS player evaluates current conditions and generates factors relating to network performance when selecting among renditions. The capture includes no 1080p rendition and does not document a throttling protocol; it also does not distinguish an initial multi-rendition pre-buffering or probe phase from true mid-playback ABR switching.

| [15]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

The Echelon App automatically requests the plurality of individually-requestable streamlets from the Echelon CloudFront host. The initial 524623 request, upfront retrieval of all four playlists, interleaved rendition requests, and later requests for the 3902361 and 5498805 versions support an inference that the native AVPlayer/CoreMedia HLS player makes successive rendition selections based on current network conditions. The analysis reports no evidence of a custom bitrate-selection layer and captures no buffer-health, throughput, or threshold telemetry; it does not directly identify the decision factors or thresholds used.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

*12[g] the automatically requesting including repeatedly generating a factor indicative of a current ability to receive the digital content at a rate sufficient for presenting the digital content as the digital content is received, individually-requestable wherein the factor relates to a performance of the network; and*

As shown above in elements 12[pre]-12[f] which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[f].

RFC 8216 states that "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5. It also states that HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4.

[15] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

In the exemplary capture discussed herein, the Echelon App initially requested the **524623 Bandwidth** (480x270) version and fetched all four variant playlists up front. After successive determinations that higher bitrates were sustainable, the client requested and received the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions.

The Charles Proxy trace shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17.

This rendition-selection behavior supports an inference that the native Apple AVPlayer/CoreMedia HLS player evaluates current conditions and generates factors relating to network performance when selecting among renditions.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

*12[h] making the successive determinations whether to change the requested bit rate based on the factor to achieve continuous presentation of the digital content using the individually-requestable portions of the highest bit rate one of the copies determined receivable at that time at a rate sufficient for presenting the digital content as the individually-requestable portions of the digital content are received,*

As shown above in elements 12[pre]-[g], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[g].

RFC 8216 states that "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4.

The Echelon App initially requested the **524623 Bandwidth** (480x270) version and fetched all four variant playlists up front. Upon successive determinations that higher bitrates were sustainable, the client requested and received the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions.

The Charles Proxy trace shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17.

This rendition-selection behavior supports an inference that the native Apple AVPlayer/CoreMedia HLS player evaluates current conditions and generates factors relating to network performance when selecting among renditions.

Thus, based on HLS's bidirectional rendition-adaptation requirements and the captured higher-rendition requests, the Echelon App supports making successive determinations whether to change the requested bit rate to maintain presentation at the highest rate determined receivable at that time.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *12[i] wherein the making of the successive determinations to change the requested bit rate comprises:*<br><br>*requesting a subsequent individually-requestable portion from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold; and* |

As shown above in elements 12[pre]-[h], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[h].

As explained above, the Echelon App initially requested the **524623 Bandwidth** (480x270) version and later requested and received the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions after successive determinations that higher bitrates were sustainable. This supports the position that the client requested a subsequent portion from a higher bit rate copy when a network-performance factor was greater than the relevant first threshold. The capture does not identify the factor or first threshold itself.

During streaming of the instant Intermediate Workout 15 test video, the Echelon App made automatic HTTP GET requests for streamlets from the Echelon CloudFront host. The trace shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. After successive determinations that higher bitrates were sustainable, the client requested and received the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. The host is associated with 18.161.140.149, 18.161.140.62, 18.161.140.208, and 18.161.140.191, each geolocated to Dallas, Texas.

```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

HLS provides that "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5. HLS also "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4.

The Echelon App initially requested the **524623 Bandwidth** (480x270) version and fetched all four variant playlists up front. Upon successive determinations that higher bitrates were sustainable, the client requested and received the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions.

This rendition-selection behavior supports an inference that the native Apple AVPlayer/CoreMedia HLS player evaluates current conditions and generates factors relating to network performance when selecting among renditions.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows four bandwidth versions, or Variant Streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames. For example:

| **Bandwidth** | **Streamlet** |
| --- | --- |
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts,<br>…,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts,<br>…, |

| Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts |

For the instant test, the Echelon App initially requested and received the **524623 Bandwidth** (480x270) version and fetched all four variant playlists up front. The Charles Proxy trace shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the client requested and received the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. This supports an inference that the native Apple AVPlayer/CoreMedia HLS player evaluates current conditions and generates factors relating to network performance when selecting among renditions. The capture includes no 1080p rendition and does not document a throttling protocol; the analysis reports no evidence of a custom bitrate-selection layer and captures no buffer-health, throughput, or threshold telemetry. It does not directly identify the decision factors or thresholds used, and the trace does not distinguish an initial multi-rendition pre-buffering or probe phase from true mid-playback ABR switching.

| [16]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

Thus, the limitations for this claim element are met. Echelon practices requesting a subsequent individually-requestable portion from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold, as supported by the captured successive higher-rendition requests and the inference described above. The capture does not identify the factor or first threshold itself.

[16] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

*12[j] requesting a subsequent individually-requestable portion from a lower bit rate one of the different copies than the currently requested one of the different copies when the at least one factor is less than a second threshold; and*

As shown above in elements 12[pre]-[i], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[i].

RFC 8216's bidirectional adaptation requirements state that "[c]lients should switch between different Variant Streams to adapt to network conditions" and that HLS allows a receiver to adapt bitrate to current network conditions to maintain uninterrupted playback at the best possible quality. The Echelon App's captured rendition-selection behavior—initially requesting 524623 and later requesting 3902361 and 5498805—supports the position that the native AVPlayer/CoreMedia HLS player can request a subsequent portion from a lower bit rate copy when a network-performance factor falls below the relevant second threshold. The capture does not document an observed downshift, does not identify the decision factors or second threshold, and does not document a throttling protocol.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

*12[k] arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.*

As shown above in elements 12[pre]-[j], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.12[pre]-[j].

The Echelon App relies on the VOD playlist ordering and sequential Media Sequence Numbers to arrange requested streamlets for output in ascending presentation time. The capture itself does not document observed playback order on the device.

As shown below, the **524623 Bandwidth**, **3902361 Bandwidth**, and **5498805 Bandwidth** variant playlists contain MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode segments of Echelon's Intermediate Workout 15 video. Each playlist contains exactly 77 streamlets arranged in ascending playlist order, with #EXTINF:12 for every streamlet except 00042 (#EXTINF:13) and final 00077 (#EXTINF:1).

| Bandwidth | Streamlet |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD |

| **Bandwidth** | **Streamlet** |
|---|---|
| | #EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br>[***]<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br>[***]<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1 |

| **Bandwidth** | **Streamlet** |
|---|---|
| | #EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br>[***]<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

When the Echelon App requests streaming of the Intermediate Workout 15 video from the server at **d3sbd4r3p20qaf.cloudfront.net**, the VOD playlists identify the streamlets in ascending order and use sequential Media Sequence Numbers for presentation. The capture itself does not document observed playback order on the device.

| [17]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

[17] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment

Exemplary Infringement Chart for U.S. Patent No. 11,991,234




Thus, the VOD playlist ordering and sequential Media Sequence Numbers support the limitation. The capture itself does not document observed playback order on the device. Echelon practices arranging the individually-requestable portions requested from the at least one server in order of ascending presentation time for output to a presentation device.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.