# EXHIBIT G

**EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 8,868,772**[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Echelon Fitness Multimedia, LLC, namely Echelon's streaming exercise equipment and the Echelon Fit Mobile Application (collectively, "Echelon"), that practice at least claim 1 of U.S. Patent No. 8,868,772 ("'772 Patent"). Upon information and belief, Echelon operates streaming services that infringe one or more claims of the '772 Patent (the "Accused Services"), including at least the Echelon Fit Application for Apple devices ("Echelon App"), available at https://apps.apple.com/us/app/echelon-fit/id1262424186 and Android devices. *See, e.g.*, https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.

The chart is exemplary and should not be read to limit the assertions of Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C. (collectively, "DISH") against Echelon as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Echelon infringes the claims below. To that end, any highlighting or annotations presented herein are intended to exemplify certain elements of Echelon's operation and are not intended to limit DISH's position with respect to how Echelon practices any particular element of the claim(s) of the '772 Patent.

The following evidence and descriptions, including tests conducted on Echelon, shows that the Accused Services meet each element of the aforementioned claim(s) of the '772 Patent in substantially the same manner described below.

To the extent users are required to perform any claim limitation, Echelon induces that performance by designing and operating the Echelon App to stream videos using HLS and by providing user-facing instructions and support materials directing users to access and stream Echelon videos through the Echelon App and related Echelon applications, including the support materials cited below. *See, e.g.*, https://echelonfit.com/blogs/blog/beyond-the-bike-echelon-s-expanding-hardware-ecosystem-powers-growth?_pos=3&_sid=11d6a2fc2&_ss=r/ (reproduced in part below):

> Nearly everything Echelon has done in the past handful of years has been in the name of innovation and diversification. After the brand experienced a surge in demand for its EX-7S and EX-Pro connect bikes around the COVID-19 pandemic, it doubled down on connected amenities, introducing the Row-7S, the Stride 9S treadmill and the Strength Pro.
>
> Not long after, it added streaming content capabilities, gamification features, an elliptical, stairmills, a slat treadmill, the Strength IQ line and a handful of recovery products. That includes commercial cold plunges, compression boots, cryo and thermo therapy garments.

*See also, e.g., id.* (reproduced in part below):

> Echelon carries three commercial stairmills, which range in size but all have consoles to facilitate a connected experience and connect to the Echelon Fit App for live and on-demand classes, personalized AI workouts, guided scenic rides and entertainment streaming. Cardio consoles are now pre-loaded with FitOS for added gamification and content capabilities as well.

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the '772 Patent addressed in that section unless otherwise indicated.

| |
|---|
| Along with the aforementioned products, Echelon recently added several white label app integrations to widen its offerings from a tech side. Those efforts included a rebranding of Forte, which gives operators the ability to live stream their own content and establish an on-demand library. |

https://support.echelonfit.com/kb/article/187-what-broadband-speeds-do-i-need-for-the-app-to-work/ ("Due to the video-streaming nature of the Echelon Fit app's interactive features, …");

To the extent DISH asserts contributory infringement, Echelon's Accused Services include ABR components that constitute material parts of the claimed invention, including client-side adaptive-bitrate selection logic, server-side multi-bitrate encoding and segment storage infrastructure, and HLS manifest and playlist delivery functionality. As deployed in the Echelon App, those components are especially made or adapted for infringing ABR streaming and have no substantial non-infringing use in that configuration.

This chart provides the element-by-element technical mapping of the Accused Services to claim 1 of the '772 Patent.

# I. <u>U.S. Patent No. 8,868,772</u>

## A. <u>Claim 1</u>

| *1[pre] A method for presenting rate-adaptive streams, the method comprising* |
|---|

Echelon practices a method for presenting rate-adaptive streams. For example, Echelon provides information that permits a client device accessing Echelon to output rate-adaptive streams received via fulfilled HTTP Get requests to one or more servers associated with Echelon connected to the client device via at least one TCP connection. Example client devices (alternatively referred to as "client device" or "end user station") include Apple iPhones, Apple iPads, Android phones, and Android tablets, equipped to access the Internet via one or more network connections. The client devices include a media player configured to enable video streaming. Further, upon information and belief, employees and/or agents of Echelon tested and used Echelon on devices in the U.S. during the relevant time period.

The Echelon App operating on an end user device obtains a digital stream of a selected video program for playback. As described in greater detail below, the end user device plays live and/or on-demand programming over a network connection.

Any images in this chart are from the Echelon website or the Echelon App running on an Apple iPhone for tests conducted within the past six years. In addition, the Echelon App is available to run on other content player devices, including, for example: Apple iPads, Android phones, and Android tablets.

The exemplary test capture concerns the on-demand strength class "Intermediate Workout 15," captured used an Apple iPhone using Apple's AVPlayer/CoreMedia HLS stack, monitored through Charles Proxy.

The Echelon App provides access to streaming exercise classes on Apple iPhones, Apple iPads, Android phones, and Android tablets. *See* https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.




https://echelonfit.com/pages/echelon-premier.

Upon logging in to the Echelon App, an end user is given access to numerous live and on-demand workout videos. For example, the following pages may be displayed:







When the user selects the on-demand strength class titled "Intermediate Workout 15," the Echelon App displays more details regarding the video, and provides the user with the option to view the video. For example, as shown below, the Intermediate Workout 15 was originally available live on September 20, 2020 and has a 15 minute runtime.







Selecting "Start Workout" causes the Intermediate Workout 15 video to be streamed on the client device:




With respect to adaptively receiving the digital stream from the video server over the network, Echelon's adaptive bitrate streams are provided to the Echelon App from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a

continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, Echelon operates a media player operating on a client device, which is configured to request Echelon's digital content from one or more servers via at least one TCP connection over the network.

Echelon's content is stored on one or more servers over a network and is displayed to client devices via a media player used by Echelon.

As shown above and explained in further detail below, devices running the Echelon App are content player devices that provide a video over a network from a server for playback of the video. The Echelon App obtains streams of a selected video program for playback. The streams are obtained from the video servers connecting to the Echelon App over a network.

The one or more servers accessible to the client device through the embedded media player store streamlets corresponding to particular segments of a video, and each segment is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. See RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); see also RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown by the packet traffic observed through the Charles Proxy Application and partially reproduced below, the streamlet video files are hosted on a server accessible via **d3sbd4r3p20qaf.cloudfront.net**. The captured media segments are delivered as MPEG-2 Transport Stream (.ts) files using the naming convention 71c9960b-eba3-4295-8a50-22a9c7a72ddb_{270p|360p|540p|720p}_{00001..00077}.ts.

| Method | Host | Path[2] | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |

[2] Video path abbreviated for readability throughout.

The URI **d3sbd4r3p20qaf.cloudfront.net** is affiliated with at least the following IP addresses:



```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

The numerous variant streams of the video displayed by the media player embedded in the web page of Echelon include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in the instant test of the on-demand strength class "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a master manifest located at the following path: "/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8" (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**").

Master Manifest, or Master Playlist files according to the HLS protocol identify "multiple different copies of the video encoded at different bit rates," which are referred to as Variant Streams in the context of HLS. RFC 8216 at 5 ("A Master Playlist provides a set of Variant Streams, each of which describes a different version of the same content."); *see also* RFC 8216 at

6 ("A Variant Stream includes a Media Playlist that specifies media encoded at a particular bit rate, in a particular format, and at a particular resolution for media containing video."); RFC 8216 at 42 ("A server MAY offer multiple Media Playlist files to provide different encodings of the same presentation. If it does so, it SHOULD provide a Master Playlist file that lists each Variant Stream to allow clients to switch between encodings dynamically."); RFC 8216 at 43 ("The server MUST meet the following constraints when producing Variant Streams in order to allow clients to switch between them seamlessly … Each Variant Stream MUST present the same content."). As shown below, the Master Playlist for the video provides a Uniform Resource Identifier ("URI") identifying where the Media Playlist for each of the multiple Variant Streams is stored on the video server.

As shown in the excerpts of the Master Playlist file, "**71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8**" the video available is encoded at 4 different bitrates.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-INDEPENDENT-SEGMENTS
#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=480x270,FRAME-RATE=14.985
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=640x360,FRAME-RATE=29.970
71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=960x540,FRAME-RATE=29.970
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=1280x720,FRAME-RATE=29.970
71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8
```

Filename: **71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8**

The master playlist shows four versions of the stream at the following bandwidths:

- 524623 (referred to herein as "**524623 Bandwidth**") having a resolution of 480x270
- 1439848 (referred to herein as "**1439848 Bandwidth**") having a resolution of 640x360

- 3902361 (referred to herein as "**3902361 Bandwidth**") having a resolution of 960x540
- 5498805 (referred to herein as "**5498805 Bandwidth**") having a resolution of 1280x720

Each of the bandwidth streams includes segments that encode the same portion of the video at various qualities. For example, the **524623 Bandwidth** version can be considered a low-quality stream, the **3902361 Bandwidth** version can be considered a medium-quality stream, and the **5498805 Bandwidth** version can be considered a high-quality stream.

When the Echelon App operating on an end user device initially selected the **524623 Bandwidth** version of the Intermediate Workout 15 stream during testing, the corresponding variant playlist file named "**71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8**" was requested and subsequently returned. An excerpt of the contents of the variant playlist is provided below:

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00006.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00007.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00008.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00009.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00010.ts
                                        ***
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts
#EXTINF:1,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts
```

```
#EXT-X-ENDLIST
```

**Filename**: 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

As noted above, the variant playlist file is an HLS playlist. Each line in the file "**71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8**" that begins with "#EXTINF" specifies the length of the segments in seconds. The line below the #EXTINF line is the location of the video file. In the variant playlist shown above, each of the 77 streamlets is approximately twelve to thirteen seconds long, except that streamlet 00042 is 13 seconds and final streamlet 00077 is 1 second, and the streamlets return sequential segments of the video program.

As shown in the Media Playlist above, each of the multiple Variant Streams is stored on the video server as a group of streamlets. *See* RFC 8216 at 4 ("A Media Playlist contains a list of Media Segments, which, when played sequentially, will play the multimedia presentation."); *see also* RFC 8216 at 37 ("The server MUST divide the source media into individual Media Segments whose duration is less than or equal to a constant target duration."); RFC 8216 at 38 ("The server MUST create a URI for every Media Segment that enables its clients to obtain the segment data."). While the bitrate varies across Variant Streams, "[t]he encoding parameters for samples in a Media Segment and across multiple Media Segments in a Media Playlist SHOULD remain consistent." RFC 8216 at 45. The master playlist's #EXT-X-INDEPENDENT-SEGMENTS tag signals that each media segment begins with the parameter sets and keyframes needed to switch renditions or start at any segment boundary.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. Each variant playlist listed above includes at least two streamlets (e.g., a first and second streamlet). A comparison of the variant playlists above (the **524623 Bandwidth** and the **3902361 Bandwidth**) shows that both playlists include segments with these file names:

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts |

| | |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1, |

| | |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br><br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

As shown above, each of the low-, medium-, and high-quality versions of the stream comprises exactly 77 streamlets. The four variant playlists use the same ordered segment numbering and duration pattern: #EXTINF:12 for every segment except segment 00042 (#EXTINF:13) and final segment 00077 (#EXTINF:1), corresponding to the same portions of the on-demand Intermediate Workout 15 video.

As with the variant playlist files for the **524623 Bandwidth** and **3902361 Bandwidth** versions, the variant playlist file for the **5498805 Bandwidth** version, "**71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8**," is an HLS playlist. Each line in the file that begins with "#EXTINF" specifies the length of the segments in seconds, and the line below the #EXTINF line specifies the location of the video file. The four variant playlists contain exactly 77 streamlets with the same duration pattern: #EXTINF:12 for every segment except segment 00042 (#EXTINF:13) and final segment 00077 (#EXTINF:1).

Thus, Echelon performs a method for presenting rate-adaptive streaming. To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[a] streaming by a media player operating on an end user station a video from a set of one or more servers,* |

As shown above in element 1[pre], which is incorporated fully herein, the limitations of this claim are met. *See* § A.1[pre].

As explained above, the client devices executing the instructions from Echelon requests (and is provided with) a video divided into segments, or streamlets, from the one or more Echelon servers to display on the client device through the media player embedded in the web page of Echelon. The streamlets are communicated to the client device accessing the Echelon Application via an Internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the video.

During streaming of the instant test video, at least one TCP connection is established to transmit video files from one or more servers to the client device. The client device accessing Echelon requests streamlets from the one or more servers associated with Echelon via HTTP GET requests. The server(s) associated with the host URI (**d3sbd4r3p20qaf.cloudfront.net**) for the instant test video are identifiable at least at the IP addresses accessible via the host URI**.** On information and belief, Echelon relies on origin and/or cache servers located in the United States.

Thus, the limitations for this claim element are met. Echelon, operating on an end user station, streams videos from a set of one or more servers.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[b] wherein each of a plurality of different copies of the video encoded at different bitrates is stored as multiple files on the set of servers,* |

As shown above in elements 1[pre]-[a], which is incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[a].

As detailed above, Echelon stores each of a plurality of different copies of the video on a set of web servers, where each of the plurality of different copies is encoded at a different bitrate.

For example, the numerous variant streams of the video displayed by the media player embedded in the web page of Echelon include at least a low quality stream, a medium quality stream, and a high quality stream.

In the instant exemplary test of a video titled "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a master manifest located at the following path: **71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8.**

The Master Manifest comprises 4 different bitrates, or bandwidth versions, listed below:

| |
|---|
| #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-INDEPENDENT-SEGMENTS<br>#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=480x270,FRAME-RATE=14.985<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8 |
| #EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=640x360,FRAME-RATE=29.970<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8 |
| #EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=960x540,FRAME-RATE=29.970<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8 |
| #EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=1280x720,FRAME-RATE=29.970<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8 |

Filename: **71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8**

The Master Manifest shows four versions of the stream at the following bandwidths:

- 524623 (referred to herein as "**524623 Bandwidth**") having a resolution of 480x270
- 1439848 (referred to herein as "**1439848 Bandwidth**") having a resolution of 640x360

- 3902361 (referred to herein as "**3902361 Bandwidth**") having a resolution of 960x540
- 5498805 (referred to herein as "**5498805 Bandwidth**") having a resolution of 1280x720

Each of the bandwidth streams includes segments that encode the same portion of the video at various qualities. For example, the **524623 Bandwidth** version can be considered a low-quality stream, the **3902361 Bandwidth** version can be considered a medium-quality stream, and the **5498805 Bandwidth** version can be considered a high-quality stream.

A client device accessing Echelon uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the file above from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. Each variant playlist listed above includes at least two streamlets (e.g., a first and second streamlet). A comparison of the variant playlists above (the **524623 Bandwidth** and the **3902361 Bandwidth**) shows that both playlists include segments with these file names:

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br><br>#EXTINF:12, |

| | |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts |

| | |
|---|---|
| | #EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

Thus, the limitations for this claim element are met. Echelon videos are stored on one or more servers associated with Echelon as multiple different copies, each of which is comprised of individually-requestable segments encoded at the same of multiple various bit rates.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| 1[c] | *wherein each of the multiple files yields a different portion of the video on playback,* |
|---|---|

As shown above in elements 1[pre]-[b], which is incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[b].

As explained above, a client device accessing Echelon provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Echelon. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43. And, HLS provides that "[m]atching content in Variant Streams MUST have matching timestamps" to allow the media player embedded in the web page of the Echelon Site to synchronize the media. *Id*. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43. The new capture's manifests show matching segment sequence structures and durations across renditions, while the RFC 8216 requirements quoted above require matching timestamps and Discontinuity Sequence Numbers for matching content. The analysis does not include direct observed PTS timestamps or Discontinuity Sequence Numbers; accordingly, the time-index alignment is established here by manifest parity and RFC 8216 requirements rather than observed timestamp data.

Moreover, Echelon's digital content is divided into a plurality of individually-requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, in the instant exemplary test video titled "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a master manifest located at the following path: **71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8.**

The Master Manifest returned the contents below.

The Master Manifest comprises 4 different bitrates, or bandwidth versions, listed below:

| |
|---|
| #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-INDEPENDENT-SEGMENTS<br>#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=480x270,FRAME-RATE=14.985<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8 |
| #EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=640x360,FRAME-RATE=29.970<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8 |
| #EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=960x540,FRAME-RATE=29.970<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8 |
| #EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=1280x720,FRAME-RATE=29.970<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8 |

Filename: **71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8**

The Master Manifest shows four versions of the stream at the following bandwidths:

- 524623 (referred to herein as "**524623 Bandwidth**") having a resolution of 480x270
- 1439848 (referred to herein as "**1439848 Bandwidth**") having a resolution of 640x360
- 3902361 (referred to herein as "**3902361 Bandwidth**") having a resolution of 960x540
- 5498805 (referred to herein as "**5498805 Bandwidth**") having a resolution of 1280x720

Each of the bandwidth streams includes segments that encode the same portion of the video at various qualities. For example, the **524623 Bandwidth** version can be considered a low-quality stream, the **3902361 Bandwidth** version can be considered a medium-quality stream, and the **5498805 Bandwidth** version can be considered a high-quality stream.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. Each variant playlist listed above includes at least two streamlets (e.g., a first and second streamlet). A comparison of the variant playlists above (the **524623 Bandwidth** and the **3902361 Bandwidth**) shows that both playlists include segments with these file names:

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts |

| | |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br><br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts |

| | |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

On information and belief, playlists for the other resolution variants also include these segments, or streamlets, also arranged in ascending chronological order and corresponding to the same portion of the video provided on-demand from Echelon's server(s).

As part of the testing, the Echelon App was connected to the internet through the Charles Proxy to monitor packet transmission to the end user device. For the instant test, the Echelon App operating on an end user device initially requested the **524623 Bandwidth** (480x270) version of the Intermediate Workout 15 stream and fetched all four variant playlists up front after the Master Manifest. The capture includes no 1080p rendition and does not document a throttling protocol. The trace shows interleaved segment requests in a single session—270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the client requested and received higher-bandwidth versions including the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. Below is an excerpt of the Charles "Sequence" listing showing representative requests:

| Method | Host | Path |
|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts |

The resulting display on the end user device is a continuous stream of sequential streamlets, or portions of the test video. Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the variant streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the variant streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" variant streams seamlessly, HLS requires that "[e]ach variant stream MUST present the same content" on playback. RFC 8216 at 43. And, HLS provides that "[m]atching content in variant streams MUST have matching timestamps" to allow the media player embedded in the web page of the Echelon Application to synchronize the media. *Id*. Each "Media Segment is specified by a URI and optionally a byte range." RFC 8216 at 4.

Thus, the limitations of this claim element are met. Echelon practices presenting a rate-adaptive stream, wherein each of the individually-requestable portions of a corresponding copy of the digital content is a different portion of the digital content during presentation. To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[d] wherein the multiple files across the different copies yield the same portions of the video on playback,* |

As shown above in elements 1[pre]-[c], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[c].

As explained above, a client device accessing Echelon provides users with adaptive-rate digital content streaming of videos. Accordingly, the client device automatically and continually requests individually requestable sequential streamlets from the at least one server associated with Echelon. Each streamlet is requested dependent upon numerous factors indicative of the sustainability of streaming, such as: the available network connection, the fulfillment status of previously requested streamlets, the length of any buffer, or the determination at the client device that the previously selected bandwidth version of the video is no longer the optimal version for streaming.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. As set forth above, each of the Variant Streams "describes a different version of the same content." RFC 8216 at 5. Thus, each of the Variant Streams are "encodings of the same presentation" at different bitrates. RFC 8216 at 42. Indeed, to allow "clients to switch between" Variant Streams seamlessly, HLS requires that "[e]ach Variant Stream MUST present the same content" on playback. RFC 8216 at 43. And, HLS provides that "[m]atching content in Variant Streams MUST have matching timestamps" to allow the media player embedded in the web page of the Echelon Site to synchronize the media. *Id*. Further, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43. The new capture's manifests show matching segment sequence structures and durations across renditions, while the RFC 8216 requirements quoted above require matching timestamps and Discontinuity Sequence Numbers for matching content. The analysis does not include direct observed PTS timestamps or Discontinuity Sequence Numbers; accordingly, the time-index alignment is established here by manifest parity and RFC 8216 requirements rather than observed timestamp data.

Moreover, Echelon's digital content is divided into a plurality of individually-requestable portions, or streamlets, such that each streamlet corresponds to a portion of a video at a particular bit rate. The plurality of streamlets at the same bit rate comprise at least a portion of a copy of the video requested.

For example, in the instant exemplary test video titled "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a master manifest located at the following path: **71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8.**

The Master Manifest comprises 4 different bitrates, or bandwidth versions, listed below:

| |
|---|
| #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-INDEPENDENT-SEGMENTS<br>#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=480x270,FRAME-RATE=14.985<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8 |
| #EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=640x360,FRAME-RATE=29.970<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8 |
| #EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=960x540,FRAME-RATE=29.970<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8 |
| #EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,CODECS="avc1.4d401f,mp4a.40.5",RESOLUTION=1280x720,FRAME-RATE=29.970<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8 |

Filename: **71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8**

The Master Manifest shows four versions of the stream at the following bandwidths:

- 524623 (referred to herein as "**524623 Bandwidth**") having a resolution of 480x270
- 1439848 (referred to herein as "**1439848 Bandwidth**") having a resolution of 640x360
- 3902361 (referred to herein as "**3902361 Bandwidth**") having a resolution of 960x540
- 5498805 (referred to herein as "**5498805 Bandwidth**") having a resolution of 1280x720

Each of the bandwidth streams includes segments that encode the same portion of the video at various qualities. For example, the **524623 Bandwidth** version can be considered a low-quality stream, the **3902361 Bandwidth** version can be considered a medium-quality stream, and the **5498805 Bandwidth** version can be considered a high-quality stream.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. Each variant playlist listed above includes at least two streamlets (e.g., a first and second streamlet). A comparison of the variant playlists above (the **524623 Bandwidth** and the **3902361 Bandwidth**) shows that both playlists include segments with these file names:

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts |

| | |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br><br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br><br>#EXTINF:12, |

| | |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

The four variant playlists each contain exactly 77 streamlets. They use the same ordered segment numbering and duration pattern: #EXTINF:12 for every segment except segment 00042 (#EXTINF:13) and final segment 00077 (#EXTINF:1), corresponding to the same portions of the on-demand Intermediate Workout 15 video.

Thus, the limitations for this claim element are met. Echelon practices presenting a rate-adaptive stream, wherein the multiple files across the different copies yield the same portions of the video on playback.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[e] each of said files having a time index such that the files whose playback is the same portion of the video for each of the different copies have the same time index in relation to the beginning of the video, and wherein the streaming comprises:* |

As shown above in elements 1[pre]-[d], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[d].

As explained above, Echelon videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate. The manifest parity shows that corresponding renditions use the same ordered 77-segment structure and durations. RFC 8216 requires matching timestamps and Discontinuity Sequence Numbers for matching content across Variant Streams, so the streamlets are treated as carrying corresponding time indexes in relation to the beginning of the

video; the current analysis does not directly report PTS timestamps or Discontinuity Sequence Numbers.

For example, in the instant test video, the Master Manifest shows four versions of the stream at the following bandwidths:

- 524623 (referred to herein as "**524623 Bandwidth**") having a resolution of 480x270
- 1439848 (referred to herein as "**1439848 Bandwidth**") having a resolution of 640x360
- 3902361 (referred to herein as "**3902361 Bandwidth**") having a resolution of 960x540
- 5498805 (referred to herein as "**5498805 Bandwidth**") having a resolution of 1280x720

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. Each variant playlist listed above includes at least two streamlets (e.g., a first and second streamlet). A comparison of the variant playlists above (the **524623 Bandwidth** and the **3902361 Bandwidth**) shows that both playlists include segments with these file names:

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts |

| | |
|---|---|
| | #EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br><br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12, |

| | |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

The four variant playlists each contain exactly 77 streamlets with the same ordered segment numbering and duration pattern: #EXTINF:12 for every segment except segment 00042 (#EXTINF:13) and final segment 00077 (#EXTINF:1).

Thus, the limitations for this claim element are met. Echelon videos are stored on one or more servers associated with Echelon as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at the same of multiple various bit rates. Each respective Media Segments across different versions of the Variant Streams have the same time index and yield the same portions of the video to provide continuous and uninterrupted playback of the video.

To the extent that Echelon does not literally satisfy this limitation, Echelon infringes under at least the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result. Specifically, Echelon performs substantially the same function because it requests files in a sequential order that are timestamped. Echelon functions in substantially the same way by requesting streamlets in a sequential order based on the timestamps from the beginning of the video. Echelon also achieves substantially the

same result because the sequential streamlets are requested and produced in sequential order from the beginning of the video to the end.

| |
|---|
| *1[f] requesting by the media player a plurality of sequential ones of the files of one of the copies from the set of servers over a plurality of Transmission Control Protocol (TCP) connections based on the time indexes;* |

As shown above in elements 1[pre]-[e], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[e].

The media player operating Echelon on an End User Station requests a plurality of sequential files of one of the copies from the set of servers over a plurality of Transmission Control Protocol (TCP) connections based on the time indexes.

As explained above, the End User Station requests (and is provided with) segments, or streamlets, from the one or more Echelon servers to display on an End User Station through the media player embedded in the client device executing the Echelon Fit Application. The streamlets are communicated to the End User Station accessing the Echelon Fit Application via an internet connection pursuant to HLS. HLS requires the use of HTTP communications, which requires the use of at least one connection pursuant to a TCP. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet, defined by time index relevant to the beginning of the program.

Additionally, HLS provides that "[m]atching content in Variant Streams MUST have matching timestamps" to allow the media player of Echelon to synchronize the media. RFC 8216 at 43. And, "[e]ach Media Segment in a Media Playlist has an integer Discontinuity Sequence Number. The Discontinuity Sequence Number can be used in addition to the timestamps within the media to synchronize Media Segments across different Renditions." RFC 8216 at 39. Thus, "[m]atching content in Variant Streams MUST have matching Discontinuity Sequence Numbers." RFC 8216 at 43.

As explained above, Echelon videos are encoded at a plurality of different bitrates to create a plurality of streams including at least low, medium, and high quality streams. Each of the low, medium, and high quality streams has a streamlet that encodes the same portion of the video at a different one of the plurality of different bitrates. Each of the streamlets comprising the low, medium, and high, quality streams are stored in variant playlists comprising a group of streamlets of the same quality at a respective bit rate.

On information and belief, and pursuant to representations on the Accused Services, Echelon provides rate-adaptive streams pursuant to the HLS protocol. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. The interleaved requests across the 270p, 360p, 540p, and 720p renditions support an inference that the native AVPlayer/CoreMedia HLS player evaluates current conditions to select among available bandwidth versions. The analysis reports no evidence of a custom bitrate-selection layer and no buffer-health, throughput, or threshold telemetry; it therefore does not directly identify the decision factors or thresholds used.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server").

As part of the testing, the Echelon App was connected to the Internet through the Charles Proxy to monitor packet transmission to the end user device. For the instant test, the Echelon App operating on an end user device initially requested the **524623 Bandwidth** (480x270) version of the Intermediate Workout 15 stream and fetched all four variant playlists up front after the Master Manifest. The capture includes no 1080p rendition and does not document a throttling protocol. The trace shows interleaved segment requests in a single session—270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the client requested and received higher-bandwidth versions including the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. Below is an excerpt of the Charles "Sequence" listing showing representative requests:

| Method | Host | Path |
|---|---|---|
| GET | d3sbd4r3p20qaf. cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts |
| GET | d3sbd4r3p20qaf. cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts |

The resulting display on the end user device is a continuous stream of sequential streamlets, or portions of the test video.

Thus, the limitations for this claim element are met. Echelon practices automatically requesting by the client device from the at least one server subsequent portions of the digital content by requesting for each such portion one of the individually-requestable portions from one of the copies dependent upon successive determinations by the client device to change a requested bit rate to a higher or lower bit rate one of the different copies.

The client device accessing Echelon automatically requests the plurality of individually requestable streamlets from the one or more servers associated with Echelon based upon instructions communicated to the device by Echelon. On information and belief, the instructions require the client device to make successive determinations to change or maintain the requests for the individually-requestable streamlets of a particular bit rate version of the video program.

Therefore, each respective Media Segments across different versions of the Variant Streams have the same time index and yield the same portions of the video to provide continuous and uninterrupted playback of the video.

The four variant playlists each contain exactly 77 streamlets, each corresponding to the same portion of the video as its counterpart in the other rendition playlists.

The matching timestamps and Discontinuity Sequence Numbers for matching content across the Variant Streams are "in relation to the beginning of the video." For example, HLS requires that "[e]ach Media Segment MUST carry the continuation of the encoded bitstream from the end of the segment with the previous Media Sequence Number, where values in a series such as timestamps and Continuity Counters MUST continue uninterrupted." RFC 8216 at 6; *see also* RFC 8216 at 45 ("A client MUST NOT assume that segments with the same Media Sequence Number in different Variant Streams or Renditions have the same position in the presentation; Playlists MAY have independent Media Sequence Numbers. Instead, a client MUST use the relative position of each segment on the Playlist timeline and its Discontinuity Sequence Number to locate corresponding segments."). The current analysis does not directly report the matching timestamp or Discontinuity Sequence Number values; the alignment described here is inferred from manifest parity and RFC 8216 requirements.

Indeed, to adapt playback between different bitrate Variant Streams, the End User Station accessing Echelon "can use the EXTINF durations and the constraints in Section 6.2.4 to determine the approximate location of corresponding media. Once media from the new Variant Stream has been loaded, the timestamps in the Media Segments can be used to synchronize the old and new timelines precisely." RFC 8216 at 47.

To the extent that Echelon does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result. Echelon performs substantially the same function because it requests files in a sequential order that are timestamped. Echelon functions in substantially the same way by requesting the streamlet files in a sequential order based on the timestamps from the beginning of the video. Echelon achieves substantially the same result because the files are requested and produced in sequential order from the beginning of the video to the end.

| |
|---|
| *1[g] automatically requesting by the media player from the set of servers over the plurality of TCP connections subsequent portions of the video by requesting for each such portion one of the files from one of the copies dependent upon successive determinations by the media player to shift the playback quality to a higher or lower quality one of the different copies, said automatically requesting including,* |

As shown above in elements 1[pre]-[f], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[f].

As detailed above, Echelon stores each of a plurality of different copies of the video on a set of web servers, where each of the plurality of different copies is encoded at a different bitrate.

For example, the numerous variant streams of the video displayed by the media player embedded in the web page of Echelon include at least a low quality stream, a medium quality stream, and a high quality stream.

Thus, the limitations for this claim element are met. Echelon practices automatically requesting by the media player from the set of servers over the plurality of TCP connections subsequent portions of the video by requesting for each such portion one of the files from one of the copies dependent upon successive determinations by the media player to shift the playback quality to a higher or lower quality one of the different copies.

To the extent that Echelon does not literally satisfy this limitation, Echelon infringes under at least the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result. Specifically, Echelon performs substantially the same function because it requests files in a sequential order that are timestamped. Echelon functions in substantially the same way by requesting streamlets in a sequential order based on the timestamps from the beginning of the video. Echelon also achieves substantially the same result because the sequential streamlets are requested and produced in sequential order from the beginning of the video to the end.

| |
|---|
| *1[h] repeatedly generating a set of one or more factors indicative of the current ability to sustain the streaming of the video using the files from different ones of the copies,* |

As shown above in elements 1[pre]-[g], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[g].

As explained above, Echelon uses adaptive bitrate streaming to stream its videos, including the test video “Intermediate Workout 15.” The client device accessing Echelon may access the plurality of videos in a playlist by making an HTTP GET request to Echelon.

On information and belief, Echelon provides rate-adaptive streams pursuant to the HLS protocol. HLS explains “[c]lients should switch between different Variant Streams to adapt to network conditions” and “[c]lients should choose Renditions based on user preferences.” RFC 8216. The observed interleaved rendition requests and native AVPlayer/CoreMedia HLS operation support an inference that the player evaluates current conditions when selecting among renditions. The analysis reports no evidence of a custom bitrate-selection layer and captures no buffer-health, throughput, or threshold telemetry; no direct measurement of the client’s decision factors was captured, and the trace does not distinguish an initial multi-rendition pre-buffering/probe phase from true mid-playback ABR switching.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 (“Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.”); *id.* at 5 (“To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.”).

For example, in the instant exemplary test video titled “Intermediate Workout 15,” the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a master manifest located at the following path: **71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8.**

The Master Manifest comprises 4 different bitrates, or bandwidth versions, listed below:

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-INDEPENDENT-SEGMENTS
#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-
BANDWIDTH=494005,CODECS=”avc1.4d401f,mp4a.40.5”,RESOLUTION=480x270,FR
AME-RATE=14.985
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-
BANDWIDTH=1358302,CODECS=”avc1.4d401f,mp4a.40.5”,RESOLUTION=640x360,FR
AME-RATE=29.970
71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-
BANDWIDTH=3708953,CODECS=”avc1.4d401f,mp4a.40.5”,RESOLUTION=960x540,FR
AME-RATE=29.970
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-
BANDWIDTH=5242169,CODECS=”avc1.4d401f,mp4a.40.5”,RESOLUTION=1280x720,F
RAME-RATE=29.970
71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8
```

Filename: **71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8**

The Master Manifest shows four versions of the stream at the following bandwidths:

- 524623 (referred to herein as “**524623 Bandwidth**”) having a resolution of 480x270
- 1439848 (referred to herein as “**1439848 Bandwidth**”) having a resolution of 640x360
- 3902361 (referred to herein as “**3902361 Bandwidth**”) having a resolution of 960x540
- 5498805 (referred to herein as “**5498805 Bandwidth**”) having a resolution of 1280x720

Each of the bandwidth streams includes segments that encode the same portion of the video at various qualities. For example, the **524623 Bandwidth** version can be considered a low-quality stream, the **3902361 Bandwidth** version can be considered a medium-quality stream, and the **5498805 Bandwidth** version can be considered a high-quality stream.

Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates. Each variant playlist listed above includes at least two streamlets (e.g., a first and second streamlet). A comparison of the variant playlists above (the **524623 Bandwidth** and the **3902361 Bandwidth**) shows that both playlists include segments with these file names:

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts |

| | |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br><br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts |

| | |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

The four variant playlists each contain exactly 77 streamlets with the same ordered segment numbering and duration pattern: #EXTINF:12 for every segment except segment 00042 (#EXTINF:13) and final segment 00077 (#EXTINF:1).

The test video's "[p]laylist files contain URIs, which clients will use to make network requests of arbitrary entities." RFC 8216 at 55. When playback starts on the media player, "[t]he client," which is the media player embedded on the web page of Echelon, "SHALL choose which Media Segment to play first from the Media Playlist." RFC 8216 at 45; *id.* at 47 ("The first segment to load is generally the segment that the client has chosen to play first (see Section 6.3.3)."). Then, "[i]n order to play the presentation normally, the next Media Segment" the client device requests and "load[s] the one with the lowest Media Sequence Number that is greater than the Media Sequence Number of the last Media Segment loaded." RFC 8216 at 47. That is, to playback normally, the client device must request a plurality of files with sequential Media Sequence Numbers/timestamps and the requests are made based on the Media Sequence Numbers/timestamps.

As part of the testing, the Echelon App was connected to the Internet through the Charles Proxy to monitor packet transmission to the end user device.

As part of the testing, the Echelon App was connected to the Internet through the Charles Proxy to monitor packet transmission to the end user device. For the instant test, the Echelon App operating on an end user device initially requested the **524623 Bandwidth** (480x270) version of the Intermediate Workout 15 stream and fetched all four variant playlists up front after the Master Manifest. The capture includes no 1080p rendition and does not document a throttling protocol. The trace shows interleaved segment requests in a single session—270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the client requested and received higher-bandwidth versions including the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. Below is an excerpt of the Charles "Sequence" listing showing representative requests:

| Method | Host | Path |
|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts |

The resulting display on the end user device is a continuous stream of sequential streamlets, or portions of the test video. The interleaved requests are consistent with the native AVPlayer/CoreMedia HLS player evaluating network and playback conditions and selecting among renditions, which necessarily involve the generation of at least one factor indicative of the performance of the network and/or the end user station's ability to sustain the currently-selected stream

Thus, the limitations for this claim element are met. Echelon practices repeatedly generating a set of one or more factors indicative of the current ability to sustain the streaming of the video using the files from different ones of the copies.

To the extent that Echelon does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| | |
|---|---|
| *1[i]* | *wherein the set of one or more factors relate to the performance of the network; and* |

As shown above in elements 1[pre]-[h], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[h].

As part of the testing, the Echelon App was connected to the Internet through the Charles Proxy to monitor packet transmission to the end user device. For the instant test, the Echelon App operating on an end user device initially requested the **524623 Bandwidth** (480x270) version of the Intermediate Workout 15 stream and fetched all four variant playlists up front after the Master Manifest. The capture includes no 1080p rendition and does not document a throttling protocol. The trace shows interleaved segment requests in a single session—270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the client requested and received higher-bandwidth versions including the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. Below is an excerpt of the Charles "Sequence" listing showing representative requests:

| Method | Host | Path |
|---|---|---|
| GET | d3sbd4r3p20qaf. cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts |
| GET | d3sbd4r3p20qaf. cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts |

The resulting display on the end user device is a continuous stream of sequential streamlets, or portions of the test video. The interleaved requests are consistent with the native AVPlayer/CoreMedia HLS player evaluating network and playback conditions and selecting among renditions, which necessarily involve the generation of at least one factor indicative of the performance of the network and/or the end user station's ability to sustain the currently-selected stream.

To the extent that Echelon does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[j] making the successive determinations to shift the playback quality based on at least one of the set of factors to achieve continuous playback of the video using the files of the highest quality one of the copies determined sustainable at the time; and* |

As shown above in elements 1[pre]-[j], which are incorporated fully herein, the limitations of this claim are met. *See* §§ A.1[pre]-[j].

As explained above, Echelon uses adaptive bitrate streaming to stream its videos, including the test video "Intermediate Workout 15." The client device accessing Echelon may access the plurality of videos in a playlist by making an HTTP GET request to Echelon.

On information and belief, and pursuant to representations on the Echelon website, Echelon provides rate-adaptive streams pursuant to the HLS protocol. HLS explains "[c]lients should switch between different Variant Streams to adapt to network conditions" and "[c]lients should choose Renditions based on user preferences." RFC 8216. The observed interleaved rendition requests and native AVPlayer/CoreMedia HLS operation support an inference that the player evaluates current conditions when selecting among renditions. The analysis reports no evidence of a custom bitrate-selection layer and captures no buffer-health, throughput, or threshold telemetry; no direct measurement of the client's decision factors was captured, and the trace does not distinguish an initial multi-rendition pre-buffering/probe phase from true mid-playback ABR switching.

In response to requesting the first streamlet via an HTTP GET request, as shown above, the client device receives the requested streamlet from the server via the one or more network connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4; *see also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

As part of the testing, the Echelon App was connected to the Internet through the Charles Proxy to monitor packet transmission to the end user device.

As part of the testing, the Echelon App was connected to the Internet through the Charles Proxy to monitor packet transmission to the end user device. For the instant test, the Echelon App operating on an end user device initially requested the **524623 Bandwidth** (480x270) version of the Intermediate Workout 15 stream and fetched all four variant playlists up front after the Master Manifest. The capture includes no 1080p rendition and does not document a throttling protocol. The trace shows interleaved segment requests in a single session—270p segments 1–11, 360p

segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the client requested and received higher-bandwidth versions including the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. Below is an excerpt of the Charles "Sequence" listing showing representative requests:

| Method | Host | Path |
|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts |

The resulting display on the end user device is a continuous stream of sequential streamlets that are the highest-supportable quality at the time based on the observed rendition requests. Those requests support an inference that the native AVPlayer/CoreMedia HLS player selected higher-bandwidth renditions as the session progressed, but the analysis does not directly measure the factors or thresholds used and does not distinguish initial multi-rendition pre-buffering/probing from true mid-playback ABR switching.

Thus, the limitations for this claim element are met. Echelon practices making the successive determinations to shift the playback quality based on at least one of the set of factors to achieve continuous playback of the video using the files of the highest quality one of the copies determined sustainable at the time.

The client device accessing Echelon makes of the successive determinations to change and request individually-requestable portions from a higher bit rate one of the different copies than a currently requested one of the different copies when the at least one factor is greater than a first threshold. When the client device determines that the generated factor is greater than a first threshold, the client device executing the instructions from Echelon will request the individually-requestable streamlets from a higher bit rate version of the video.

To the extent that Echelon does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[k] presenting the video by playing back with the media player on the end user station the requested files in order of ascending playback time.* |

As shown above in elements 1[pre]-[j], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[j].

As part of the testing, the Echelon App was connected to the Internet through the Charles Proxy to monitor packet transmission to the end user device. For the instant test, the Echelon App operating on an end user device initially requested the **524623 Bandwidth** (480x270) version of the Intermediate Workout 15 stream and fetched all four variant playlists up front after the Master Manifest. The capture includes no 1080p rendition and does not document a throttling protocol. The trace shows interleaved segment requests in a single session—270p segments 1–11, 360p

segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the client requested and received higher-bandwidth versions including the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. Below is an excerpt of the Charles "Sequence" listing showing representative requests:

| Method | Host | Path |
|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts |

The VOD playlist ordering and the sequential Media Sequence Numbers provide a basis for presenting the requested streamlets in ascending playback time. The capture itself does not document observed playback order on the device.




Therefore, Echelon presents the video by playing the requested streamlets of the video in a continuous and uninterrupted fashion in ascending playback order. To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.