# EXHIBIT H

# EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 11,677,798[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Echelon Fitness Multimedia, LLC ("Echelon"), using the Echelon Fit Mobile Application (the "Echelon App"), available at https://apps.apple.com/us/app/echelon-fit/id1262424186 and on Android, together with Echelon's streaming exercise equipment, that infringe at least claim 22 of U.S. Patent No. 11,677,798 ("the '798 Patent"). Upon information and belief, Echelon operates streaming services that infringe one or more claims of the '798 Patent (the "Accused Services"), including at least the Echelon App.

The chart is exemplary and should not be read to limit Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C.'s (collectively, "DISH") assertions against Echelon as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Echelon infringes the claims below.

The following evidence and descriptions, including tests conducted on the Echelon App, show that the Accused Services meet each element of at least claim 22 of the '798 Patent in substantially the same manner described below.

To the extent users are required to perform any claim limitation, Echelon induces that performance by designing and operating the Echelon App to stream videos using HLS and by providing user-facing instructions and support materials directing users to access and stream Echelon videos through the Echelon App and related Echelon applications, including the support materials cited below. *See, e.g.*, https://echelonfit.com/blogs/blog/beyond-the-bike-echelon-s-expanding-hardware-ecosystem-powers-growth?_pos=3&_sid=11d6a2fc2&_ss=r/ (reproduced in part below):

> Nearly everything Echelon has done in the past handful of years has been in the name of innovation and diversification. After the brand experienced a surge in demand for its EX-7S and EX-Pro connect bikes around the COVID-19 pandemic, it doubled down on connected amenities, introducing the Row-7S, the Stride 9S treadmill and the Strength Pro.
>
> Not long after, it added streaming content capabilities, gamification features, an elliptical, stairmills, a slat treadmill, the Strength IQ line and a handful of recovery products. That includes commercial cold plunges, compression boots, cryo and thermo therapy garments.

*See also, e.g.*, *id.* (reproduced in part below):

> Echelon carries three commercial stairmills, which range in size but all have consoles to facilitate a connected experience and connect to the Echelon Fit App for live and on-demand classes, personalized AI workouts, guided scenic rides and entertainment streaming. Cardio consoles are now pre-loaded with FitOS for added gamification and content capabilities as well.

> Along with the aforementioned products, Echelon recently added several white label app integrations to widen its offerings from a tech side. Those efforts included a rebranding of Forte, which gives operators the ability to live stream their own content and establish an on-demand library.

https://support.echelonfit.com/kb/article/187-what-broadband-speeds-do-i-need-for-the-app-to-work/ ("Due to the video-streaming nature of the Echelon Fit app's interactive features, …");

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the Asserted Patent addressed in that section unless otherwise indicated.

To the extent DISH asserts contributory infringement, Echelon's Accused Services include ABR components that constitute material parts of the claimed invention, including client-side adaptive-bitrate selection logic, server-side multi-bitrate encoding and segment storage infrastructure, and HLS manifest and playlist delivery functionality. As deployed in the Echelon App, those components are especially made or adapted for infringing ABR streaming and have no substantial non-infringing use in that configuration.

This chart provides the element-by-element technical mapping of the Accused Services to claim 22 of the '798 Patent.

# I. U.S. Patent No. 11,677,798

## A. Claim 22

| |
|---|
| *22[pre] A process executable by one or more servers to stream digital content for playback by one or more end user stations, the process comprising:* |

Echelon practices a process executable by one or more servers to stream digital content for playback by one or more end user stations. For example, Echelon provides information that permits the Echelon App to output rate-adaptive streams received via fulfilled HTTP GET requests to one or more servers associated with Echelon connected to one or more end user stations, such as Apple iPhones, Apple iPads, Android phones, and Android tablets, via at least one Transmission Control Protocol ("TCP") connection. The Echelon App uses Apple's native AVPlayer/CoreMedia HLS stack configured to enable video streaming.

Any images in this chart are from the Echelon website or the Echelon App running on an Apple iPhone for tests conducted within the past six years. In addition, the Echelon App is available to run on other content player devices, including, for example: Apple iPads, Android phones, and Android tablets.

The exemplary test capture concerns the on-demand strength class "Intermedia Workout 15," captured used an Apple iPhone using Apple's AVPlayer/CoreMedia HLS stack, monitored through Charles Proxy.

The Echelon App provides access to streaming exercise classes on Apple iPhones, Apple iPads, Android phones, and Android tablets. *See* https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.




https://echelonfit.com/pages/echelon-premier.

Upon logging in to the Echelon App, an end user is given access to numerous live and on-demand workout videos. For example, the following pages may be displayed:







When the user selects the on-demand strength class titled “Intermediate Workout 15,” the Echelon App displays more details regarding the video, and provides the user with the option to view the video. For example, as shown below, the Intermedia Workout 15 was originally available live on September 20, 2020 and has a 15 minute runtime.







Selecting "Start Workout" causes the Intermediate Workout 15 video to be streamed on the client device:




With respect to adaptively receiving the digital stream from Echelon's video server over the network, Echelon's adaptive bitrate streams are provided to Apple's native AVPlayer/CoreMedia HLS stack running in the Echelon App from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream

of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, the Echelon App operates Apple's native AVPlayer/CoreMedia HLS stack on a client device, which is configured to request Echelon's digital content from one or more servers, including d3sbd4r3p20qaf.cloudfront.net, via at least one TCP connection over the network.

Echelon's content is stored on one or more servers over a network and is made available to client devices through the Echelon App. The Echelon App's native AVPlayer/CoreMedia HLS stack requests and receives videos from Echelon servers. See https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.

The one or more servers accessible by the Echelon App store individually-requestable MPEG-2 Transport Stream (.ts) streamlets corresponding to particular segments of the Intermediate Workout 15 video. The streamlet files are named using the pattern 71c9960b-eba3-4295-8a50-22a9c7a72ddb_{270p|360p|540p|720p}_{00001..00077}.ts and are encoded at one of four declared bandwidths and resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

Thus, Echelon practices a process executable by one or more servers to stream digital content for playback by one or more end user stations.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *22[a] storing, by the one or more servers, a plurality of streams including a first bit rate stream, a second bit rate stream, and a third bit rate stream, wherein the first bit rate stream, the second bit rate stream, and the third bit rate stream each comprise a group of streamlets encoded at a respective one of a plurality of different bit rates, each group comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the digital content;* |

As shown in element 22[pre] above, which is incorporated by reference, this claim element is also met. *See* §I.A.22[pre].

Echelon practices storing, by the one or more servers, a plurality of streams including a first bit rate stream, a second bit rate stream, and a third bit rate stream, wherein the first bit rate stream, the second bit rate stream, and the third bit rate stream each comprise a group of streamlets encoded at a respective one of a plurality of different bit rates, each group comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the digital content. Echelon's CloudFront servers store the four variant playlists, each a group of exactly 77 individually-requestable MPEG-2 Transport Stream (.ts) streamlets encoded at its own declared bandwidth. Each group comprises at least a first and second streamlet: 270p_00001.ts and 270p_00002.ts for the first bit rate stream, 540p_00001.ts and 540p_00002.ts for the second bit rate stream, and 720p_00001.ts and 720p_00002.ts for the third bit rate stream.

For example, in the instant test of a video titled "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a master manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[2]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

| |
|---|
| #EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS=”avc1.4d401f,mp4a.40.5" <br><br> 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8 |

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the “524623 Bandwidth”) having a resolution of 480x270
- 1439848 (referred to herein as the “1439848 Bandwidth”) having a resolution of 640x360
- 3902361 (referred to herein as the “3902361 Bandwidth”) having a resolution of 960x540
- 5498805 (referred to herein as the “5498805 Bandwidth”) having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames. For example:

| **Bandwidth**[3] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

[3] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon’s operation and is not intended to limit DISH’s position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. The **524623 Bandwidth** version is the first bit rate stream, the **3902361 Bandwidth** version is the second bit rate stream, and the **5498805 Bandwidth** version is the third bit rate stream. The **1439848 Bandwidth** version is an additional 640x360 variant.

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The Media Playlist for each of the Echelon variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown for example below, each of the **524623 Bandwidth**, **3902361 Bandwidth**, and **5498805 Bandwidth** version playlists contains MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode portions of the Intermediate Workout 15 video. The streamlet files within each version playlist are arranged in ascending numbered order, beginning with streamlet 00001 and progressing through streamlet 00077. The four variant playlists use identical ordered numbering and the same duration pattern.

| [4]**Bandwidth** | **Streamlet** |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12, |

[4] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [4]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12, |

| [4]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

The 1439848 Bandwidth playlist and the other Echelon variant playlists each include these 77 segments, or streamlets, arranged in ascending numbered order and corresponding to the same portion of the Intermediate Workout 15 video provided on demand from Echelon's servers.

The first streamlet in each variant playlist is segment 00001 with a declared #EXTINF:12 duration and occupies the same first playlist position across the first, second, and third bit rate streams; segment 00002 likewise is the next playlist entry with a declared #EXTINF:12 duration corresponding to the same next 12-second portion; and the same ordered correspondence continues through all 77 streamlets. This conclusion is based on manifest parity and declared playlist data, not an independently observed playback-duration measurement.

RFC 8216 explains that each Variant Stream "describes a different version of the same content." RFC 8216 at 5. The variants are "encodings of the same presentation." RFC 8216 at 42. "[e]ach variant stream MUST present the same content" with matching timestamps and matching Discontinuity Sequence Numbers. RFC 8216 at 43. Therefore, the respective Media Segments across different versions of the variant streams have the same time index and yield the same portions of the video to provide continuous and uninterrupted playback of the video.

Thus, Echelon practices storing, by the one or more servers, a plurality of streams including a first bit rate stream, a second bit rate stream, and a third bit rate stream, wherein the first bit rate stream, the second bit rate stream, and the third bit rate stream each comprise a group of streamlets encoded at a respective one of a plurality of different bit rates, each group comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the digital content.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *22[b] wherein at least one of the first bit rate stream, the second bit rate stream, and the third bit rate stream is encoded at a bit rate of no less than 600 kbps; and* |

As shown in element 22[pre]-22[a] above, which is incorporated by reference, this claim element is also met. *See* §§ I.A.22[pre]-[a].

For example, in the instant test of a video titled "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest. The Master Manifest returned the contents below.

[5]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames. For example:

| **Bandwidth**[6] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. The **524623 Bandwidth** version is the first bit rate stream, the **3902361 Bandwidth** version is the second bit rate stream, and the **5498805 Bandwidth** version is the third bit rate stream. The **1439848 Bandwidth** version is an additional 640x360 variant.

---

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

The Master Manifest declares the following BANDWIDTH values: 524623 bps (~525 kbps, 480x270), 1439848 bps (~1.44 Mbps, 640x360), 3902361 bps (~3.90 Mbps, 960x540), and 5498805 bps (~5.50 Mbps, 1280x720). The second bit rate stream (3902361), the third bit rate stream (5498805), and the 1439848 version are each well above 600 kbps, so at least one of the three streams is encoded at no less than 600 kbps. The first bit rate stream (524623) is below 600 kbps, and the claim requires only one of the three streams to meet the threshold. These are declared BANDWIDTH/AVERAGE-BANDWIDTH manifest values, not independently measured encoding bitrates.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *22[c] receiving at least one streamlet request over one or more network connections from the one or more end user stations to retrieve the first streamlet storing the first temporal portion of the digital content, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the first bit rate stream, the second bit rate stream, and the third bit rate stream based upon a determination by the end user station to select a higher or lower bit rate copy of the digital content;* |

As shown in elements 22[pre]-[b] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.22[pre]-[b].

As explained above, the Echelon App (the end user station) requests, and receives from, one or more Echelon servers a video divided into segments, or streamlets, for display on the client device through Apple's native AVPlayer/CoreMedia HLS stack. The streamlets are communicated to the client device via one or more network connections pursuant to HLS. HLS requires HTTP communications, which use at least one TCP connection. The Echelon App issues automatic HTTP GET requests to the CloudFront host over TCP connections without user input for each sequential streamlet.

As shown by the Charles Proxy "Sequence" excerpt below, the streamlet video files are hosted on a server accessible via **d3sbd4r3p20qaf.cloudfront.net**.

| [7]Method | Host | Path[8] | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50- | … | Complete |

[7] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

[8] Video path abbreviated for readability throughout.

| [7]Method | Host | Path[8] | … | Status |
|---|---|---|---|---|
| | | 22a9c7a72ddb_270p_00011.ts | | |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

The URI **d3sbd4r3p20qaf.cloudfront.net** is affiliated with at least the following IP addresses

```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

Thus, the Echelon App operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

The one or more servers accessible by the Echelon App store individually-requestable MPEG-2 Transport Stream (.ts) streamlets corresponding to particular segments of the Intermediate Workout 15 video, and each streamlet is encoded at one of four declared bandwidths and resolutions. Thus, Echelon stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The four variant streams of the Intermediate Workout 15 video displayed by the Echelon App include a 524623 Bandwidth version at 480x270, a 1439848 Bandwidth version at 640x360, a 3902361 Bandwidth version at 960x540, and a 5498805 Bandwidth version at 1280x720. The 524623 Bandwidth version is the first bit rate stream, the 3902361 Bandwidth version is the second bit rate stream, and the 5498805 Bandwidth version is the third bit rate stream. The 1439848 Bandwidth version is an additional 640x360 variant.

In the exemplary test shown herein of an on-demand cycling class titled "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

| |
|---|
| [9]#EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-INDEPENDENT-SEGMENTS<br><br><br>#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5" |

[9] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames. For example:

| Bandwidth[10] | Streamlet |
| --- | --- |
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

---

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. The **524623 Bandwidth** version is the first bit rate stream, the **3902361 Bandwidth** version is the second bit rate stream, and the **5498805 Bandwidth** version is the third bit rate stream. version is an additional 640x360 variant.**1439848 Bandwidth** The

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The Media Playlist for each of the Echelon variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown for example below, each of the **524623 Bandwidth**, **3902361 Bandwidth**, and **5498805 Bandwidth** version playlists contains MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode portions of the Intermediate Workout 15 video. The streamlet files within each version playlist are arranged in ascending numbered order, beginning with streamlet 00001 and progressing through streamlet 00077. The four variant playlists use identical ordered numbering and the same duration pattern.

| [11]**Bandwidth** | **Streamlet** |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12, |

[11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [11]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12, |

| [11]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

Each of the four Echelon variant playlists contains exactly 77 streamlets. Segments 00001 through 00041 and 00043 through 00076 have declared #EXTINF:12 durations, segment 00042 has a declared #EXTINF:13 duration, and segment 00077 has a declared #EXTINF:1 duration; the streamlets are arranged in ascending playlist order.

This manifest parity, together with #EXT-X-INDEPENDENT-SEGMENTS signaling in the Master Manifest and RFC 8216's requirements that matching content in Variant Streams have matching timestamps and matching Discontinuity Sequence Numbers, supports alignment across renditions. The analysis does not include directly observed PTS timestamps or Discontinuity Sequence Numbers; alignment is established by manifest parity and RFC 8216 requirements rather than observed timestamp data. Thus, Echelon's variant playlists identify corresponding numbered streamlets that encode the same portions of the Intermediate Workout 15 video.

Thus, the limitations for this claim element are met. Echelon practices receiving at least one streamlet request over one or more network connections from the one or more end user stations to retrieve the first streamlet storing the first temporal portion of the digital content, wherein the streamlet requests the Echelon server receives include a request for a currently selected first streamlet based upon a determination by the end user station to select a higher or lower bit rate copy of the digital content. RFC 8216 states that "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4.

The Echelon App issues automatic HTTP GET requests to the CloudFront host over TCP connections without user input for each sequential streamlet. The Echelon App initially requested

and received the 524623 Bandwidth (480x270) version and fetched all four variant playlists up front after receiving the Master Manifest. The Charles Proxy trace shows interleaved segment requests in a single session—270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17—and, upon successive determinations that higher bitrates were sustainable, the Echelon App requested and received the 3902361 Bandwidth (960x540) and 5498805 Bandwidth (1280x720) versions.

The native AVPlayer/CoreMedia HLS player evaluates current conditions when selecting renditions, so the streamlet requests the Echelon server receives include a request for a currently selected first streamlet based upon a determination by the end user station to select a higher or lower bit rate copy of the digital content.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *22[d] retrieving from the storage device the requested first streamlet from the currently selected one of the first bit rate stream, the second bit rate stream, and the third bit rate stream; and* |

As shown in elements 22[pre]-[c] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.22[pre]-[c].

The Echelon App relies on the VOD playlist ordering and sequential Media Sequence Numbers to retrieve the requested streamlets in ascending presentation time. The capture itself does not document observed playback order on the device.

As shown below, the **524623 Bandwidth**, **3902361 Bandwidth**, and **5498805 Bandwidth** variant playlists contain MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode portions of Echelon's Intermediate Workout 15 video. Each playlist contains exactly 77 streamlets arranged in ascending playlist order. Segments 00001 through 00041 and 00043 through 00076 have declared #EXTINF:12 durations, segment 00042 has a declared #EXTINF:13 duration, and segment 00077 has a declared #EXTINF:1 duration.

| [12]**Bandwidth** | **Streamlet** |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12, |

[12] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [12]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |

| [12]**Bandwidth** | **Streamlet** |
|---|---|
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

During streaming of the exemplary test video, the Echelon App made automatic HTTP GET requests for streamlets from the Echelon CloudFront host. The Charles Proxy "Sequence" excerpt below shows representative requests, each with a "Complete" status.

| [13]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |

[13] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment

| [13]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

Thus, the limitations of this claim element are met. Echelon retrieves from the storage device the requested first streamlet from the currently selected one of the first bit rate stream, the second bit rate stream, and the third bit rate stream. The completed GET requests in the Charles Proxy trace evidence server-side retrieval from storage. The variant playlist tables show the stored streamlets; each playlist contains exactly 77 streamlets arranged in ascending playlist order, with segments 00001 through 00041 and 00043 through 00076 having declared #EXTINF:12 durations, segment 00042 having a declared #EXTINF:13 duration, and segment 00077 having a declared #EXTINF:1 duration. Accordingly, the VOD playlist ordering and sequential Media Sequence Numbers support ordered retrieval and delivery, while the capture itself does not document observed playback order on the device.

*22[e] sending the retrieved first streamlet from the currently selected one of the first bit rate stream, the second bit rate stream, and the third bit rate stream to the requesting one of the end user stations over the one or more network connections.*

As shown in elements 22[pre]-[d] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.22[pre]-[d].




Therefore, the limitations for this claim element are met. Echelon practices sending the retrieved first streamlet from the currently selected one of the first bit rate stream, the second bit rate stream, and the third bit rate stream to the requesting one of the end user stations over the one or more network connections. The completed GET requests in the Charles Proxy trace and the “Miss from cloudfront” and “Hit from cloudfront” cache headers evidence delivery from the Echelon CloudFront host. RFC 8216 explains that “a client can receive a continuous stream of

media from a server for concurrent presentation." RFC 8216 at 4. It further states that "the client first downloads it and then downloads and plays each Media Segment declared within it." RFC 8216 at 5. The VOD playlist ordering and sequential Media Sequence Numbers support ordered delivery, while the capture does not document observed playback order on the device.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve the same result.