# EXHIBIT I

# EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO. 11,470,138[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Echelon Fitness Multimedia, LLC ("Echelon"), using the Echelon Fit Mobile Application (the "Echelon App"), available at https://apps.apple.com/us/app/echelon-fit/id1262424186 and on Android, together with Echelon's streaming exercise equipment, that infringe at least claims 1 and 8 of U.S. Patent No. 11,470,138 ("the '138 Patent"). Upon information and belief, Echelon operates streaming services that infringe one or more claims of the '138 Patent (the "Accused Services"), including at least the Echelon App and Echelon's streaming exercise equipment.

The chart is exemplary and should not be read to limit Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C.'s (collectively, "DISH") assertions against Echelon as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Echelon infringes the claims below.

The following evidence and descriptions show that the Accused Services meet each element of at least claims 1 and 8 of the '138 Patent in substantially the same manner described below.

To the extent users are required to perform any claim limitation, Echelon induces that performance by designing and operating the Echelon App to stream videos using HLS and by providing user-facing instructions and support materials directing users to access and stream Echelon videos through the Echelon App and related Echelon applications, including the support materials cited below. *See, e.g.*, https://echelonfit.com/blogs/blog/beyond-the-bike-echelon-s-expanding-hardware-ecosystem-powers-growth?_pos=3&_sid=11d6a2fc2&_ss=r/ (reproduced in part below):

> Nearly everything Echelon has done in the past handful of years has been in the name of innovation and diversification. After the brand experienced a surge in demand for its EX-7S and EX-Pro connect bikes around the COVID-19 pandemic, it doubled down on connected amenities, introducing the Row-7S, the Stride 9S treadmill and the Strength Pro.
>
> Not long after, it added streaming content capabilities, gamification features, an elliptical, stairmills, a slat treadmill, the Strength IQ line and a handful of recovery products. That includes commercial cold plunges, compression boots, cryo and thermo therapy garments.

*See also*, *e.g.*, *id.* (reproduced in part below):

> Echelon carries three commercial stairmills, which range in size but all have consoles to facilitate a connected experience and connect to the Echelon Fit App for live and on-demand classes, personalized AI workouts, guided scenic rides and entertainment streaming. Cardio consoles are now pre-loaded with FitOS for added gamification and content capabilities as well.

> Along with the aforementioned products, Echelon recently added several white label app integrations to widen its offerings from a tech side. Those efforts included a rebranding of Forte, which gives operators the ability to live stream their own content and establish an on-demand library.

https://support.echelonfit.com/kb/article/187-what-broadband-speeds-do-i-need-for-the-app-to-work/ ("Due to the video-streaming nature of the Echelon Fit app's interactive features, …").

---

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the Asserted Patent addressed in that section unless otherwise indicated.

To the extent DISH asserts contributory infringement, Echelon's Accused Services include ABR components that constitute material parts of the claimed invention, including client-side adaptive-bitrate selection logic, server-side multi-bitrate encoding and segment storage infrastructure, and HLS manifest and playlist delivery functionality. As deployed in the Echelon App, those components are especially made or adapted for infringing ABR streaming and have no substantial non-infringing use in that configuration.

This chart provides the element-by-element technical mapping of the Accused Services to claims 1 and 8 of the '138 Patent.

# I. U.S. Patent No. 11,470,138

## A. Claim 1

| |
|---|
| *1[pre] A system for adaptive-rate content streaming of a video that is playable on one or more end user stations over the Internet, the system comprising:* |

The Echelon App provides a system for rate-adaptive content streaming of a video that is playable on one or more end user stations over an Internet connection, such as a Transmission Control Protocol ("TCP") connection. Example end user stations, such as client devices, include Apple iPhones, Apple iPads, Android phones, and Android tablets equipped to access the Internet via one or more network connections. The client devices run the Echelon App, which uses Apple's native AVPlayer/CoreMedia HLS stack configured to enable video streaming.

Any images in this chart are from the Echelon website or the Echelon App running on an Apple iPhone for tests conducted within the past six years. In addition, the Echelon App is available to run on other content player devices, including, for example: Apple iPads, Android phones, and Android tablets.

The exemplary test capture concerns the on-demand strength class "Intermediate Workout 15," captured used an Apple iPhone using Apple's AVPlayer/CoreMedia HLS stack, monitored through Charles Proxy.




https://echelonfit.com/pages/echelon-premier .

Upon logging in to the Echelon App, an end user is given access to numerous live and on-demand workout videos. For example, the following pages may be displayed:







When the user selects the on-demand strength class titled "Intermediate Workout 15," the Echelon App displays more details regarding the video, and provides the user with the option to view the video. For example, as shown below, the Intermedia Workout 15 was originally available live on September 20, 2020 and has a 15 minute runtime.

Exemplary Infringement Chart for U.S. Patent No. 11,470,138




Selecting "Start Workout" causes the "Intermediate Workout 15" video and other materials to be streamed on the client device:




With respect to adaptively receiving the digital stream from Echelon's video server over the network, the Echelon App running Apple's native AVPlayer/CoreMedia HLS stack receives digital content over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For

Comments: 8216 – HTTP Live Streaming, August 2017 ("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When running on a client device, the Echelon App uses Apple's native AVPlayer/CoreMedia HLS stack, configured to request Echelon's digital content from one or more servers via at least one TCP connection over the network.

Echelon's content is stored on one or more servers over a network and is delivered to client devices via the Echelon App running Apple's native AVPlayer/CoreMedia HLS stack. Echelon's compatible-device support materials are available at https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.

The one or more servers accessible by client devices running the Echelon App store streamlets corresponding to particular segments of a video, and each segment of a video is encoded at one of numerous resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

The Echelon App includes the native AVPlayer/CoreMedia HLS stack configured to stream the video from one or more servers via at least one TCP connection over the network.

As shown by the Charles Proxy Sequence, partially reproduced below, the streamlet video files are hosted on a server accessible via **d3sbd4r3p20qaf.cloudfront.net**.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50- | … | Complete |

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| | | 22a9c7a72ddb_270p_00011.ts | | |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

The URI **d3sbd4r3p20qaf.cloudfront.net** is the CloudFront host used for the Echelon App's streamlet requests.



```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

Thus, the Echelon App operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

The one or more servers, whose content is accessible by client devices through the Echelon App, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Echelon stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video received by the Echelon App running Apple's native AVPlayer/CoreMedia HLS stack include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in exemplary test shown herein of an on-demand cycling class titled "Intermediate Workout 15," the Echelon App on an Apple iPhone made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[4]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

[4] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the streamlet file path. For example:

| **Bandwidth**[5] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. **The 524623 Bandwidth** version is the low-quality

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

stream, the **3902361 Bandwidth** version is the medium-quality stream, and the **5498805 Bandwidth** version is the high-quality stream. The 1439848 Bandwidth version is an additional 640x360 variant.

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, after receiving the Master Manifest, the Echelon App initially requested the **524623 Bandwidth** (480x270) version and fetched all four variant playlists up front. The Echelon App then requested streamlets pursuant to the playlist entries. The Echelon server(s) returned the playlist files with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts

[***]

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts
```

```
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts

#EXTINF:1,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts

#EXT-X-ENDLIST
```

The variant playlist file is an HLS playlist. Each line beginning with "#EXTINF" specifies the declared duration of a streamlet, and the next line identifies the streamlet file. The segments are MPEG-2 Transport Stream (.ts) files named 71c9960b-eba3-4295-8a50-22a9c7a72ddb_{270p|360p|540p|720p}_{00001..00077}.ts. Each of the four variant playlists contains exactly 77 streamlets; segments 00001 through 00041 and 00043 through 00076 have a declared #EXTINF:12 duration, segment 00042 has a declared #EXTINF:13 duration, and segment 00077 has a declared #EXTINF:1 duration. The streamlet files are arranged in sequential playlist order.

Similarly, the Echelon App requests the **524623 Bandwidth** version playlist. The Echelon server(s) return the playlist file with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts

[***]

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts

#EXTINF:12,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts
```

```
#EXTINF:1,
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts

#EXT-X-ENDLIST
```

Each of the four variant playlists uses the same ordered streamlet positions and the same declared-duration pattern. The first streamlet is segment 00001 with a declared #EXTINF:12 duration, and the last streamlet is segment 00077 with a declared #EXTINF:1 duration; segment 00042 has a declared #EXTINF:13 duration. **The 1439848 Bandwidth** version is an additional 640x360 variant.

Thus, the limitations for this claim element are met. Echelon provides a system for adaptive-rate content streaming, including streaming by the Echelon App running Apple's native AVPlayer/CoreMedia HLS stack on an end user station from a set of one or more servers.

Thus, Echelon performs a system for adaptive-rate content streaming playable on one or more end user stations over an Internet connection. To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

*1[a] at least one storage device storing the video, wherein the video is digitally encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream, the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets, wherein each streamlet corresponds to a portion of the video, and*

As shown in element 1[pre] above, which is incorporated by reference, this claim element is also met. *See* § A.1[pre].

As explained above, the client devices (end user stations) running the Echelon App request (and are provided with) from at least one storage device (a server) a video divided into segments, or streamlets, from the one or more Echelon servers for display on the client device. The streamlets are communicated to the client device via an Internet connection pursuant to HLS. HLS requires HTTP communications, which use at least one TCP connection. The video segments are organized in sequential ascending chronological order, based on their playlist positions.

As shown by the Charles Proxy Sequence, partially reproduced below, the streamlet video files are hosted on a server accessible via **d3sbd4r3p20qaf.cloudfront.net**.

| [6]Method | Host | Path[7] | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

The URI **d3sbd4r3p20qaf.cloudfront.net** is affiliated with at least the following IP addresses:



```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

[7] Video path abbreviated for readability throughout.

address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

Thus, the Echelon App operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

The one or more servers, whose content is accessible by client devices through the Echelon App, store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of numerous resolutions. Thus, Echelon stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The numerous variant streams of the video received by the Echelon App running Apple's native AVPlayer/CoreMedia HLS stack include at least a low quality stream, a medium quality stream, and a high quality stream.

For example, in exemplary test shown herein of an on-demand cycling class titled "Intermediate Workout 15," the Echelon App on an Apple iPhone made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[8]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the streamlet file path. For example:

| Bandwidth[9] | Streamlet |
|---|---|

[9] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

| | |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. **The 524623 Bandwidth** version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, and the **5498805 Bandwidth** version is the high-quality stream. The 1439848 Bandwidth version is an additional 640x360 variant.

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown for example below, the **3902361 Bandwidth** and **524623 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending playlist order, beginning with the first segment of the video and progressing until the final segment of the video.

| [10]**Bandwidth** | **Streamlet** |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1 |

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [10]Bandwidth | Streamlet |
|---|---|
| | #EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1, |

| [10]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

The 360p, 540p, and 720p variant playlists contain the same ordered 77-streamlet structure; the 1439848 Bandwidth version is an additional 640x360 variant.

The first streamlet in each variant playlist is segment 00001 with a declared #EXTINF:12 duration and the second is segment 00002, with the same first and second playlist positions across the low, medium, and high quality streams. The same ordered correspondence continues through all 77 streamlets. This conclusion is based on manifest parity and declared playlist data, not an independently observed playback-duration measurement.

Thus, the limitations for this claim element are met. Echelon provides at least one storage device storing a video, wherein the video is digitally encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream, the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets, wherein each streamlet corresponds to a portion of the video.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[b] wherein each streamlet in each group of streamlets is encoded at a respective one of the plurality of different bitrates, and wherein each group of streamlets comprises at least first and second streamlets;* |

As shown in elements 1[pre]-[a] above, which are incorporated by reference, this claim element is also met. *See* §§ A.1[pre]-[a].

Echelon provides at least a low-quality stream, medium-quality stream, and high-quality stream, each of which comprises a group of 77 streamlets corresponding to sequential segments of the video. Each streamlet in each group is encoded at a respective one of the plurality of different bitrates, and each group includes at least a first and second streamlet: 270p_00001.ts and 270p_00002.ts in the 524623 Bandwidth version, 540p_00001.ts and 540p_00002.ts in the 3902361 Bandwidth version, and 720p_00001.ts and 720p_00002.ts in the 5498805 Bandwidth version. The 1439848 Bandwidth version is an additional 640x360 variant.

For example, in exemplary test shown herein of an on-demand cycling class titled "Intermediate Workout 15," the Echelon App on an Apple iPhone made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[11]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

[11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the streamlet file path. For example:

| **Bandwidth**[12] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |

[12] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

| | |
|---|---|
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. **The 524623 Bandwidth** version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, and the **5498805 Bandwidth** version is the high-quality stream. The 1439848 Bandwidth version is an additional 640x360 variant.

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown for example below, the **3902361 Bandwidth** and **524623 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending playlist order, beginning with the first segment of the video and progressing until the final segment of the video.

| [13]**Bandwidth** | **Streamlet** |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12, |

[13] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [13]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1 |

| [13]Bandwidth | Streamlet |
|---|---|
| | #EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

On information and belief, the 360p, 540p, and 720p variant playlists also include 77 streamlets arranged in ascending playlist order and corresponding to the same portions of the video provided on demand from Echelon server(s).

The first streamlet in each variant playlist is segment 00001 with a declared #EXTINF:12 duration and the second is segment 00002, with the same first and second playlist positions across the low, medium, and high quality streams. The same ordered correspondence continues through all 77 streamlets.

Thus, the limitations for this claim element are met. Echelon provides at least one storage device storing a video, wherein the video is digitally encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream, the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets, wherein each streamlet corresponds to a portion of the video. Each of the groups of streamlets is encoded at a respective one of the plurality of different bitrates, and wherein each group of streamlets comprises at least first and second streamlets.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| *1[c] wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps; and* |
|---|

As shown in elements 1[pre]-[b] above, which are incorporated by reference, this claim element is also met. *See* §§ A.1[pre]-[b].

For example, in exemplary test shown herein of an on-demand cycling class titled "Intermediate Workout 15," the Echelon App on an Apple iPhone made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

| |
|---|
| [14]#EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-INDEPENDENT-SEGMENTS<br><br>#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8 |

File path: **master.m3u8**

---

[14] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the streamlet file path. For example:

| Bandwidth[15] | Streamlet |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. **The 524623 Bandwidth** version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, and the **5498805 Bandwidth** version is the high-quality stream. The 1439848 Bandwidth version is an additional 640x360 variant.

The Master Manifest declares the following BANDWIDTH values: 524623 bps (~525 kbps, 480x270), 1439848 bps (~1.44 Mbps, 640x360), 3902361 bps (~3.90 Mbps, 960x540), and 5498805 bps (~5.50 Mbps, 1280x720). The medium-quality 3902361 and high-quality 5498805 versions, and the 1439848 version, are each well above 600 kbps, so at least one of the three

[15] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

streams is encoded at no less than 600 kbps. The low-quality 524623 version is below 600 kbps, and the claim requires only one of the three streams to meet the threshold. These are declared BANDWIDTH/AVERAGE-BANDWIDTH manifest values, not independently measured encoding bitrates.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[d] wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream, and* |

As shown in elements 1[pre]-1[c] above, which are incorporated by reference, this claim element is also met. *See* §§ A.1[pre]-[c].

Echelon provides at least a low-quality stream, medium-quality stream, and high-quality stream, each of which comprises a group of 77 streamlets corresponding to sequential segments of the video. The Master Manifest and the four variant playlists identify the same ordered positions across renditions, and the first streamlet in each group is segment 00001 with a declared #EXTINF:12 duration.

For example, in exemplary test shown herein of an on-demand cycling class titled "Intermediate Workout 15," the Echelon App on an Apple iPhone made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[16]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

[16] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

| |
|---|
| #EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8 |

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the streamlet file path. For example:

| **Bandwidth**[17] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |

[17] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

| Bandwidth[17] | Streamlet |
|---|---|
| 3902361 Bandwidth | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| 5498805 Bandwidth | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. **The 524623 Bandwidth** version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, and the **5498805 Bandwidth** version is the high-quality stream. The 1439848 Bandwidth version is an additional 640x360 variant.

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown for example below, the **3902361 Bandwidth** and **524623 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending playlist order, beginning with the first segment of the video and progressing until the final segment of the video.

| [18]Bandwidth | Streamlet |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1 |

- YELLOW = variant streams
- RED = bitrates of variant streams

[18] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [18]Bandwidth | Streamlet |
|---|---|
| | #EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1, |

| [18]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

The first streamlet of each of the low, medium, and high quality variant playlists is segment 00001 with a declared #EXTINF:12 duration and occupies the same first playlist position. Segment 00002 likewise is the next playlist entry with a declared #EXTINF:12 duration and corresponds to the same next 12-second portion across those variants, continuing in the same ordered positions across all 77 streamlets. RFC 8216 at 5 explains that each Variant Stream "describes a different version of the same content"; RFC 8216 at 42 refers to "encodings of the same presentation"; and RFC 8216 at 43 requires that "[e]ach variant stream MUST present the same content," with matching timestamps and matching Discontinuity Sequence Numbers. The playlists also include #EXT-X-INDEPENDENT-SEGMENTS. The analysis does not include directly observed PTS timestamps or Discontinuity Sequence Numbers; alignment is established by manifest parity and RFC 8216 requirements rather than observed timestamp data.

Accordingly, the low, medium, and high quality first streamlets have the same declared first duration, the same first playlist position, and the same first portion under the RFC 8216 requirements described above.

Thus, based on manifest parity, the first streamlet of each of the groups of streamlets has the same declared #EXTINF:12 first duration and encodes the same first portion of the video in each of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[e] wherein the first streamlet of the low quality stream encodes the same first portion of the video at a lower bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.* |

As shown in elements 1[pre]-[d] above, which are incorporated by reference, this claim element is also met. *See* §§ A.1[pre]-[d].

Echelon provides at least a low-quality stream, medium-quality stream, and high-quality stream, each of which comprises a group of 77 streamlets corresponding to sequential segments of the video. Each streamlet in each group is encoded at a respective one of the plurality of different bitrates, and each group comprises at least first and second streamlets.

For example, in exemplary test shown herein of an on-demand cycling class titled "Intermediate Workout 15," the Echelon App on an Apple iPhone made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[19]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS=”avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS=”avc1.4d401f,mp4a.40.5”

[19] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the streamlet file path. For example:

| **Bandwidth**[20] | **Streamlet** |
| --- | --- |
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |

[20] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.
- YELLOW = variant streams
- RED = bitrates of variant streams

| **Bandwidth[20]** | **Streamlet** |
|---|---|
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes segments, or streamlets, that encode the same portion of the video at various resolutions. **The 524623 Bandwidth** version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, and the **5498805 Bandwidth** version is the high-quality stream. The 1439848 Bandwidth version is an additional 640x360 variant.

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown for example below, the **3902361 Bandwidth** and **524623 Bandwidth** version playlists contain segments, or streamlets, that encode different segments of the video. The streamlet files within each version playlist are arranged in ascending playlist order, beginning with the first segment of the video and progressing until the final segment of the video.

| **[21]Bandwidth** | **Streamlet** |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12, |

[21] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [21]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1 |

| [21]Bandwidth | Streamlet |
|---|---|
| | #EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

The 360p, 540p, and 720p variant playlists contain the same ordered 77-streamlet structure and the same first playlist position for segment 00001.

Comparing the first streamlets, 270p_00001.ts in the 524623 Bandwidth version is compared against 540p_00001.ts in the 3902361 Bandwidth version and 720p_00001.ts in the 5498805 Bandwidth version. The 524623 bps value is lower than both 3902361 bps and 5498805 bps. All three first streamlets have the same declared #EXTINF:12 duration and the same first playlist position. The analysis does not include directly observed PTS timestamps or Discontinuity Sequence Numbers; alignment is established by manifest parity and RFC 8216 requirements rather than observed timestamp data.

The corresponding first streamlets therefore encode the same first portion at their respective declared BANDWIDTH values, with 270p_00001.ts at the lower 524623 bps value than both 540p_00001.ts at 3902361 bps and 720p_00001.ts at 5498805 bps.

Thus, this limitation is met. Echelon provides a first streamlet of the low quality stream that encodes the same first portion of the video at a lower bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

B. Claim 8

| 8[a] *The system of claim 1, further comprising:*<br><br>*a first web server configured to:* |
|---|

As shown in claim 1 above, which is incorporated by reference, this claim element is also met. *See supra* § I.A.

As explained above, the client devices (end user stations) running the Echelon App request and receive a video divided into streamlets from one or more Echelon servers over an Internet connection pursuant to HLS. HLS uses HTTP communications over at least one TCP connection, and the video segments are organized in sequential playlist order.

As shown by the Charles Proxy Sequence, partially reproduced below, the streamlet video files are hosted on a server accessible via **d3sbd4r3p20qaf.cloudfront.net**.

| [22]Method | Host | Path[23] | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

The URI **d3sbd4r3p20qaf.cloudfront.net** is affiliated with at least the following IP addresses:

[22] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

[23] Video path abbreviated for readability throughout.

```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

Thus, the Echelon App operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one TCP connection.

The first web server, **d3sbd4r3p20qaf.cloudfront.net**, stores and serves the Master Manifest, the four variant playlists, and the individually-requestable .ts streamlets corresponding to particular video segments.

The variant streams received by the Echelon App include the 524623 low-quality, 3902361 medium-quality, and 5498805 high-quality streams, plus an additional 1439848 640x360 variant.

Thus, the limitations of this claim element are met. In addition to practicing the limitations of claim 1, Echelon provides a first web server configured to serve the Master Manifest, each of the four variant playlists, and the .ts streamlets over HTTP/TCP in response to the Echelon App's GET requests.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *8[b] receive at least one streamlet request over one or more Internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the video;*<br><br>*retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and* |

As shown in claim 1 and claim element 8[a] above, which are incorporated by reference, this claim element is also met. *See supra* §§ I.A, B.8[a].

As explained above, the video segments are requested and received over one or more TCP connections. The Echelon App issues automatic HTTP GET requests over TCP without user input for each sequential streamlet.

During streaming of exemplary test shown herein video, the Echelon App requested streamlets from the CloudFront host via HTTP GET requests. The trace shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17.

The URI **d3sbd4r3p20qaf.cloudfront.net** is affiliated with at least the following IP addresses:



```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

In response to requesting a streamlet via an HTTP GET request, as shown above, the Echelon App receives the requested streamlet from the CloudFront host over one or more TCP connections. *See e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it. The client reloads the Playlist as described in this document to discover any added segments.").

RFC 8216 at 5 states that "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 4 explains that HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." *See also id.* ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation.").

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the streamlet file path. For example:

| [24]Bandwidth | Streamlet |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1, |

[24] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [24]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>[***] |

| [24]**Bandwidth** | **Streamlet** |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

For exemplary test shown herein, the Echelon App initially requested and received the **524623 Bandwidth** (480x270) version and fetched all four variant playlists up front after receiving the Master Manifest. The trace shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the Echelon App requested and received the **3902361 Bandwidth** (960x540) and **5498805 Bandwidth** (1280x720) versions. This supports an inference that the native AVPlayer/CoreMedia HLS player evaluates current conditions when selecting renditions, so the requests the server receives include a request for a currently selected streamlet based on an end-user-station determination to select a higher or lower bitrate version. Server-side retrieval is evidenced by the "Complete" request status and the "Miss from cloudfront" and "Hit from cloudfront" cache headers. The capture includes no 1080p rendition, no documented throttling protocol, no evidence of a custom bitrate-selection layer, no buffer-health, throughput, or threshold telemetry, and does not directly identify decision factors or thresholds. The trace does not distinguish initial multi-rendition pre-buffering or probing from true mid-playback ABR switching, and the capture does not document an observed downshift.

| [25]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

[25] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

Thus, the limitations of this claim element are met. In addition to practicing the limitations of claim 1, Echelon provides a first web server configured (1) to receive at least one streamlet request over one or more Internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the video, and (2) retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

*8[c] send the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.*

As shown in claim 1 and claim elements 8[a]-[b] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A, B.8[a]-[b].

The Echelon App's native AVPlayer/CoreMedia HLS stack receives the requested streamlets from the server over the network. The VOD playlists are ordered by playlist position and sequential Media Sequence Numbers, which support ordered delivery, while the capture does not document observed playback order on the device.

In response to a streamlet request made via an HTTP GET request, as shown above, the one or more servers associated with Echelon send, and the Echelon App receives, the requested first streamlet from the currently selected bandwidth version via the one or more network connections. The completed GET requests and the "Miss from cloudfront" and "Hit from cloudfront" cache headers evidence server-side delivery. *See, e.g.*, RFC 8216 at 4 ("Using this protocol, a client can receive a continuous stream of media from a server for concurrent presentation."); *id.* at 5 ("To play this Playlist, the client first downloads it and then downloads and plays each Media Segment declared within it.").

As shown below, the **3902361 Bandwidth** and **524623 Bandwidth** version playlists contain segments, or streamlets, that encode portions of Echelon's test video. The streamlet files within each version playlist are arranged in ascending playlist order, with 77 streamlets per playlist, including #EXTINF:12 for every segment except segment 00042 (#EXTINF:13) and segment 00077 (#EXTINF:1).

| [26]Bandwidth | Streamlet |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br>#EXTINF:12, |

[26] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

| [26]Bandwidth | Streamlet |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>[***]<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br>#EXT-X-ENDLIST |

When the Echelon App requests streaming of a video hosted on the CloudFront host **d3sbd4r3p20qaf.cloudfront.net**, the playlist entries and sequential Media Sequence Numbers support delivery in ascending playlist order.

| [27]Method | Host | Path | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

Thus, the limitations of this claim element are met. In addition to practicing the limitations of claim 1, Echelon sends the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

[27] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream