# EXHIBIT J

# EXEMPLARY INFRINGEMENT CHART FOR U.S. PATENT NO.10,469,554[1]

The following claim chart shows exemplary aspects of certain streaming services and products owned or operated by Echelon Fitness Multimedia, LLC ("Echelon"), using the Echelon Fit Mobile Application (the "Echelon App"), available at https://apps.apple.com/us/app/echelon-fit/id1262424186 and on Android, together with Echelon's streaming exercise equipment, that infringe at least claims 1, 4, and/or 7 of U.S. Patent No. 10,469,554 ("the '554 Patent"). Upon information and belief, Echelon operates streaming services that infringe at least claims 1, 4, and/or 7 of the '554 Patent (the "Accused Services"), including at least the Echelon Fit Application for Apple devices ("Echelon App"), available at https://apps.apple.com/us/app/echelon-fit/id1262424186 and Android devices and its streaming exercise equipment. *See also e.g.*, https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.

The chart is exemplary and should not be read to limit the assertions of Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C. (collectively, "DISH") against Echelon as to the services or products described below. The chart should not be read to limit DISH's assertions to the patent claims charted below. Nor should the chart below be read to limit how Echelon infringes the claims below. To that end, any highlighting or annotations presented herein are intended to exemplify certain elements of Echelon's operation and are not intended to limit DISH's position with respect to how Echelon practices any particular element of the claim(s) of the '554 Patent.

The following evidence and descriptions, including tests conducted on Echelon, shows that the Accused Services meet each element of the aforementioned claim(s) of the '554 Patent in substantially the same manner described below.

To the extent users are required to perform any claim limitation, Echelon induces that performance by designing and operating the Echelon App to stream videos using HLS and by providing user-facing instructions and support materials directing users to access and stream Echelon videos through the Echelon App and related Echelon applications, including the support materials cited below. *See, e.g.*, https://echelonfit.com/blogs/blog/beyond-the-bike-echelon-s-expanding-hardware-ecosystem-powers-growth?_pos=3&_sid=11d6a2fc2&_ss=r/ (reproduced in part below):

> Nearly everything Echelon has done in the past handful of years has been in the name of innovation and diversification. After the brand experienced a surge in demand for its EX-7S and EX-Pro connect bikes around the COVID-19 pandemic, it doubled down on connected amenities, introducing the Row-7S, the Stride 9S treadmill and the Strength Pro.
>
> Not long after, it added streaming content capabilities, gamification features, an elliptical, stairmills, a slat treadmill, the Strength IQ line and a handful of recovery products. That includes commercial cold plunges, compression boots, cryo and thermo therapy garments.

*See also, e.g., id.* (reproduced in part below):

> Echelon carries three commercial stairmills, which range in size but all have consoles to facilitate a connected experience and connect to the Echelon Fit App for live and on-demand classes, personalized AI workouts, guided scenic rides and entertainment streaming. Cardio consoles are now pre-loaded with FitOS for added gamification and content capabilities as well.

[1] All citations to or cross-references to claim elements within a respective section refer to the claim elements of the Asserted Patent addressed in that section unless otherwise indicated.

Along with the aforementioned products, Echelon recently added several white label app integrations to widen its offerings from a tech side. Those efforts included a rebranding of Forte, which gives operators the ability to live stream their own content and establish an on-demand library.

https://support.echelonfit.com/kb/article/187-what-broadband-speeds-do-i-need-for-the-app-to-work/ ("Due to the video-streaming nature of the Echelon Fit app's interactive features, …");

To the extent DISH asserts contributory infringement, Echelon's Accused Services include ABR components that constitute material parts of the claimed invention, including client-side adaptive-bitrate selection logic, server-side multi-bitrate encoding and segment storage infrastructure, and HLS manifest and playlist delivery functionality. As deployed in the Echelon App, those components are especially made or adapted for infringing ABR streaming and have no substantial non-infringing use in that configuration.

This chart provides the element-by-element technical mapping of the Accused Services to claims 1, 4, and/or 7 of the '554 Patent.

# I. U.S. Patent No. 10,469,554

## A. Claim 1

| |
|---|
| *1[pre] A system for adaptive-rate content streaming of live event video playable on one or more end user stations over the Internet, the system comprising:* |

Echelon operates a system for adaptive-rate content streaming of live event video(s) playable on one or more end user stations over the Internet. The system includes one or more Echelon web servers (accessible via d3sbd4r3p20qaf.cloudfront.net) that store and serve manifests and streamlet files and that receive and respond to streamlet requests from end user stations. Example end user stations, such as client devices, include Apple iPhones, Apple iPads, Android phones, and Android tablets equipped to access the Internet via one or more network connections. The client devices run the Echelon App, which uses Apple's native AVPlayer/CoreMedia HLS stack configured to enable video streaming.

Specifically, while certain images and examples in this chart may include descriptions of operations of pre-recorded or on-demand content, Echelon provides live event videos playable on end user stations over the Internet in substantially the same manner. For example, upon logging in to the Echelon App, an end user is given access to numerous live and on-demand workout videos. *See* https://echelonfit.com/pages/echelon-premier (reproduced in part and annotated below):




Any images in this chart are from the Echelon website or the Echelon App running on an Apple iPhone for tests conducted within the past six years. In addition, the Echelon App is

available to run on other content player devices, including, for example: Apple iPads, Android phones, and Android tablets.

The exemplary test capture concerns the on-demand strength class "Intermediate Workout 15," captured used an Apple iPhone using Apple's AVPlayer/CoreMedia HLS stack, monitored through Charles Proxy.

The Echelon App provides access to streaming exercise classes on Apple iPhones, Apple iPads, Android phones, and Android tablets. *See* https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.




https://echelonfit.com/pages/echelon-premier.

Upon logging in to the Echelon App, an end user is given access to numerous live and on-demand workout videos. For example, the following pages may be displayed:







When the user selects the on-demand strength class titled "Intermediate Workout 15," the Echelon App displays more details regarding the video, and provides the user with the option to view the video. For example, as shown below, the Intermedia Workout 15 was originally available live on September 20, 2020 and has a 15 minute runtime.

Exemplary Infringement Chart for U.S. Patent No. 10,469,554







Selecting "Start Workout" causes the Intermedia Workout 15 video to be streamed on the client device:




With respect to adaptively receiving the digital stream from Echelon's video server over the network, the Echelon App's adaptive bitrate streams are provided to Apple's native AVPlayer/CoreMedia HLS stack from a server over a network using the HTTP Live Streaming ("HLS") adaptive bitrate streaming protocol. HLS is "a protocol for transferring unbounded streams of multimedia data." Request For Comments: 8216 – HTTP Live Streaming, August 2017

("RFC 8216") at 1. Using HLS, "a client can receive a continuous stream of media from a server for concurrent presentation." RFC 8216 at 4. HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." RFC 8216 at 4. With HLS, "[c]lients should switch between different Variant Streams to adapt to network conditions." RFC 8216 at 5.

When executed, the Echelon App operates Apple's native AVPlayer/CoreMedia HLS stack on a client device, which is configured to request Echelon's digital content from one or more servers via at least one TCP connection over the network.

Echelon's content is stored on one or more servers over a network and is displayed to client devices through the Echelon App. Echelon's support materials identify compatibility with Apple iPhones, Apple iPads, Android phones, and Android tablets. See https://support.echelonfit.com/kb/article/107-what-devices-are-compatible-with-the-echelon-app/.

The one or more servers accessible by a client device running the Echelon App store streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of four resolutions. Together, the streamlets of one resolution are known as a "variant stream" or a "bandwidth version."

The Media Playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

The Echelon App includes Apple's native AVPlayer/CoreMedia HLS stack configured to stream the video from one or more servers via at least one TCP connection over the network.

As shown by the Charles Proxy "Sequence" capture, partially reproduced below, the streamlet video files are hosted on a server accessible via **d3sbd4r3p20qaf.cloudfront.net**.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50- | … | Complete |

[2] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

[3] Video path abbreviated for readability throughout.

| [2]Method | Host | Path[3] | … | Status |
|---|---|---|---|---|
| | | 22a9c7a72ddb_270p_00011.ts | | |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

The URI **d3sbd4r3p20qaf.cloudfront.net** is affiliated with at least the following IP addresses:

```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

Thus, the Echelon App operates a client module configured to be connected to a network having at least one server and further configured to request digital content over the network via at least one transmission control protocol (TCP) connection.

The one or more servers store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of four resolutions. Thus, Echelon stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The four variant streams of the video provided by the Echelon App include a low-quality stream, a medium-quality stream, a high-quality stream, and an additional 640x360 variant.

For example, in the instant test of the on-demand cycling class "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[4]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

[4] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: master.m3u8

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames.

| **Bandwidth**[5] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode the same portion of the video at various resolutions. The **524623 Bandwidth** version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, the **5498805 Bandwidth** version is the high-quality stream.

[5] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown in the test data, after requesting the Master Manifest, the client device running the Echelon App initially requested the 524623 Bandwidth version at 480x270 and fetched all four variant playlists up front. The Echelon server returned the playlist files with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD


#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts
[***]
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts
#EXTINF:1
71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts
#EXT-X-ENDLIST
```

The variant playlist file at "/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8" is an HLS VOD playlist. Each line beginning with "#EXTINF" specifies the length of the following MPEG-2 Transport Stream (.ts) segment. Each of The variant playlists contains exactly 77 streamlets; every segment has an #EXTINF:12 duration

except segment 00042, which has #EXTINF:13, and final segment 00077, which has #EXTINF:1. Each playlist ends with #EXT-X-ENDLIST.

Similarly, as shown in the test data, the client device running the Echelon App requested the **3902361 Bandwidth** version at 960x540. The Echelon server returned the corresponding playlist file with the contents below.

```
#EXTM3U
#EXT-X-VERSION:3
#EXT-X-TARGETDURATION:13
#EXT-X-MEDIA-SEQUENCE:1
#EXT-X-PLAYLIST-TYPE:VOD
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts
[***]
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts
#EXTINF:12
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts
#EXTINF:1
71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts
#EXT-X-ENDLIST
```

As with the variant playlist file for the **524623 Bandwidth** version, the **3902361 Bandwidth** variant playlist is an HLS VOD playlist. Each line beginning with “#EXTINF” specifies the length of the following MPEG-2 Transport Stream (.ts) segment. The variant playlists contain exactly 77 streamlets with identical ordered numbering and the same duration pattern: #EXTINF:12 for every streamlet except 00042 (#EXTINF:13) and final 00077 (#EXTINF:1). Each playlist ends with #EXT-X-ENDLIST.

Thus, Echelon performs a method for presenting rate-adaptive streaming of live event video playable on one or more end user stations over the Internet.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[a] at least one storage device storing live event video, the live event video encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream,* |

As shown above in element 1[pre], which is fully incorporated herein, the limitations of this claim are met. *See* § A.1[pre].

Echelon is supported by at least one storage device storing live event video, the live event video encoded at a plurality of different bitrates creating a plurality of streams including a low quality stream, a medium quality stream, and a high quality stream.

Specifically, while certain images and examples in this chart may include descriptions of operations of pre-recorded or on-demand content, Echelon provides live event videos playable on end user stations over the Internet in substantially the same manner. For example, upon logging in to the Echelon App, an end user is given access to numerous live and on-demand workout videos. *See* https://echelonfit.com/pages/echelon-premier (reproduced in part and annotated below):






https://echelonfit.com/pages/echelon-premier .

As explained above, the client devices (end user stations) executing the instructions from Echelon request and receive from at least one storage device (a server) a video divided into segments, or streamlets, from the one or more Echelon servers to display on the client device through Apple's native AVPlayer/CoreMedia HLS stack. The streamlets are communicated to the client device over an Internet connection pursuant to HLS. HLS requires HTTP communications, which use at least one TCP connection. The video segments are presented in sequential ascending chronological order, based upon the previously requested and/or fulfilled streamlet and its time index relative to the beginning of the video.

As shown by the Charles Proxy "Sequence" capture, partially reproduced below, the streamlet video files are hosted on a server accessible via **d3sbd4r3p20qaf.cloudfront.net**.

| [6]Method | Host | Path[7] | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50- | … | Complete |

[6] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- ORANGE = one or more servers
- BLUE = media segment

[7] Video path abbreviated for readability throughout.

| [6]Method | Host | Path[7] | … | Status |
|---|---|---|---|---|
| | | 22a9c7a72ddb_720p_00012.ts | | |

The URI **d3sbd4r3p20qaf.cloudfront.net** is affiliated with at least the following IP addresses:

```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

The one or more servers store individually-requestable streamlets corresponding to particular segments of a video, and each streamlet is encoded at one of four resolutions. Thus, Echelon stores on one or more servers at least two different copies of the digital content, each encoded at different bit rates.

The four variant streams of the video provided by the Echelon App include a low-quality stream, a medium-quality stream, a high-quality stream, and an additional 640x360 variant.

For example, in the instant test of the on-demand cycling class “Intermediate Workout 15,” the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a Master

Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[8]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: master.m3u8

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270

[8] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360

- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540

- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames.

| Bandwidth | Streamlet |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode the same portion of the video at various resolutions. The 524623 Bandwidth version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, the **5498805 Bandwidth version is the high-quality stream.**

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown for example below, each of the **524623 Bandwidth, 3902361 Bandwidth,** and **5498805 Bandwidth** variant playlists contains MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode portions of the Intermediate Workout 15 video. The streamlet files within

each version playlist are arranged in ascending numbered order, beginning with streamlet 00001 and progressing through streamlet 00077. The variant playlists use identical ordered numbering and the same duration pattern. Each of the low-quality stream, medium-quality stream, and high-quality stream comprise a group of streamlets that are encoded at the same respective one of the different bitrates.

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts |

| | |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br><br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br><br>#EXTINF:12, |

| | |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

On information and belief, the playlists for the other variant streams also include these 77 segments, or streamlets, arranged in ascending numbered order and corresponding to the same portion of the on-demand Intermediate Workout 15 video provided from Echelon's servers.

The first streamlet in each variant playlist is streamlet 00001 with a declared #EXTINF:12 duration occupying the same first playlist position across the low-quality, medium-quality, and high-quality streams; segment 00002 likewise is the next entry with a declared #EXTINF:12 duration; the correspondence continues through all 77 streamlets. The variant playlists use identical ordered numbering and duration pattern, with #EXTINF:12 for every streamlet except 00042 (#EXTINF:13) and final 00077 (#EXTINF:1).

Thus, the limitations for this claim element are met. Echelon videos are stored on one or more servers associated with Echelon as multiple different copies, each of which is comprised of individually-requestable segments, or streamlets, encoded at multiple bit rates. The corresponding Media Segments across different versions of the Variant Streams have the same ordered positions and declared durations and yield the same portions of the live event video to provide continuous and uninterrupted playback of the video.

To the extent that Echelon does not literally satisfy this limitation, Echelon infringes under at least the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[b] the low quality stream, the medium quality stream, and the high quality stream each comprising a group of streamlets encoded at a respective one of the plurality of different bitrates, each group of streamlets comprising at least first and second streamlets, each of the streamlets corresponding to a portion of the live event video;* |

As shown above in elements 1[pre]-[a], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[a].

Echelon is supported by one or more servers that store the low-quality stream, the medium-quality stream, and the high-quality stream, each comprising a group of streamlets encoded at its respective bitrate. Each group of streamlets comprises at least first and second streamlets, and each streamlet corresponds to a portion of the on-demand Intermediate Workout 15 video. The variant playlists use identical ordered streamlet numbering and duration patterns.

Echelon provides at least a low-quality stream, medium-quality stream, and high-quality stream, each of which comprises a group of streamlets corresponding to sequential segments of the on-demand Intermediate Workout 15 video. Each streamlet in each group is encoded at a respective bitrate, each group comprises at least first and second streamlets, and all four variant playlists contain the same 77 streamlets in the same order and duration pattern.

For example, in the instant test of the on-demand cycling class "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for a Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

| |
|---|
| [9]#EXTM3U<br><br>#EXT-X-VERSION:3<br><br>#EXT-X-INDEPENDENT-SEGMENTS<br><br>#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS=”avc1.4d401f,mp4a.40.5"<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS=”avc1.4d401f,mp4a.40.5”<br><br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8<br><br>#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS=”avc1.4d401f,mp4a.40.5” |

[9] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: master.m3u8

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames.

| **Bandwidth**[10] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

[10] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

Each of the variant stream playlists includes MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode the same portion of the video at various resolutions. The 524623 Bandwidth version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, the **5498805 Bandwidth version is the high-quality stream.**

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown for example below, each of the **524623 Bandwidth, 3902361 Bandwidth,** and **5498805 Bandwidth** variant playlists contains MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode portions of the Intermediate Workout 15 video. The streamlet files within each version playlist are arranged in ascending numbered order, beginning with streamlet 00001 and progressing through streamlet 00077. The variant playlists use identical ordered numbering and the same duration pattern.

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts |

| | |
|---|---|
| | ***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts |

| | |
|---|---|
| | #EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

On information and belief, the playlists for the other variant streams also include these 77 segments, or streamlets, arranged in ascending numbered order and corresponding to the same portion of the on-demand Intermediate Workout 15 video provided from Echelon’s servers.

The first and second streamlets are 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts and 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts and 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts, and 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts and 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts, respectively. The first streamlet in

each variant playlist is in the same first playlist position and has a declared #EXTINF:12 duration; the second streamlet likewise is the next entry with a declared #EXTINF:12 duration. The correspondence continues through all 77 streamlets, with #EXTINF:12 for every streamlet except 00042 (#EXTINF:13) and final 00077 (#EXTINF:1).

Thus, the limitations for this claim element are met. Echelon practices a low-quality stream, the medium-quality stream, and the high-quality stream, each comprising a group of streamlets encoded at a respective one of the plurality of different bitrates, each group comprising at least first and second streamlets, and each streamlet corresponding to a portion of the live event video.

To the extent that Echelon contends that the Accused Services do not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[c] wherein at least one of the low quality stream, the medium quality stream, and the high quality stream is encoded at a bitrate of no less than 600 kbps; and* |

As shown above in elements 1[pre]-[b], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[b].

For example, in the instant test of the on-demand cycling class "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[11]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

[11] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: master.m3u8

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270
- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360
- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540
- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames.

| **Bandwidth**[12] | **Streamlet** |
|---|---|

[12] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

| | |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode the same portion of the video at various resolutions. The 524623 Bandwidth version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, the **5498805 Bandwidth version is the high-quality stream.**

The Master Manifest declares the following BANDWIDTH values: 524623 bps (~525 kbps, 480x270), 1439848 bps (~1.44 Mbps, 640x360), 3902361 bps (~3.90 Mbps, 960x540), and 5498805 bps (~5.50 Mbps, 1280x720). The medium-quality 3902361 and high-quality 5498805 versions, and the 1439848 version, are each above 600 kbps, so at least one of the three streams is encoded at no less than 600 kbps.

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

*1[d] wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream, and*

As shown above in elements 1[pre]-[c], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[c].

Echelon practices providing a first streamlet in each of the groups of streamlets that has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream. As explained above, the end user station running the Echelon App receives sequential video streamlets after HTTP GET requests are fulfilled by Echelon's servers.

Echelon provides at least a low-quality stream, medium-quality stream, and high-quality stream, each of which comprises a group of streamlets corresponding to sequential segments of the on-demand Intermediate Workout 15 video. Each streamlet in each group is encoded at a respective bitrate, each group comprises at least first and second streamlets, and all four variant playlists contain the same 77 streamlets in the same order and duration pattern.

For example, in the instant test of the on-demand cycling class "Intermediate Workout 15," the client device made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "**Master Manifest**" or "**master.m3u8**"). The Master Manifest returned the contents below.

[13]#EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-BANDWIDTH=494005,RESOLUTION=480x270,FRAME-RATE=14.985,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: master.m3u8

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths:

[13] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams

- 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270

- 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360

- 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540

- 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is identified by its bandwidth and associated MPEG-2 Transport Stream (.ts) filenames.

| **Bandwidth**[14] | **Streamlet** |
|---|---|
| **524623 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075-00077.ts |
| **3902361 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075-00077.ts |
| **5498805 Bandwidth** | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001-00005.ts, [***], 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075-00077.ts |

Each of the variant stream playlists includes MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode the same portion of the video at various resolutions. The 524623 Bandwidth version is the low-quality stream, the **3902361 Bandwidth** version is the medium-quality stream, the **5498805 Bandwidth version is the high-quality stream.**

A client device running the Echelon App uses HTTP GET requests to retrieve the segments, or streamlets, of the encoded video specified in the Master Manifest from the one or more servers hosting Echelon content.

The media playlist for each of the variant streams identifies a group of streamlets associated with each of the different copies, as the exemplary Media Playlist shown below illustrates. *See* RFC 8216 at 38 ("The server must create a Media Playlist file (Section 4) that contains a URI for

[14] Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- YELLOW = variant streams
- RED = bitrates of variant streams

each Media Segment that the server wishes to make available, in the order in which they are to be played."); *see also* RFC 8216 at 4 ("A multimedia presentation is specified by a Uniform Resource Identifier (URI) [RFC3986] to a Playlist."); RFC 8216 at 4 ("A Media Playlist contains a series of Media Segments that make up the overall presentation. A Media Segment is specified by a URI and optionally a byte range.").

As shown for example below, each of the **524623 Bandwidth, 3902361 Bandwidth,** and **5498805 Bandwidth** variant playlists contains MPEG-2 Transport Stream (.ts) segments, or streamlets, that encode portions of the Intermediate Workout 15 video. The streamlet files within each version playlist are arranged in ascending numbered order, beginning with streamlet 00001 and progressing through streamlet 00077. The variant playlists use identical ordered numbering and the same duration pattern.

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |

| | |
|---|---|
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br><br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts |

| | |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

On information and belief, the playlists for the other variant streams also include these 77 segments, or streamlets, arranged in ascending numbered order and corresponding to the same portion of the on-demand Intermediate Workout 15 video provided from Echelon's servers.

The first streamlet in each variant playlist is segment 00001 with a declared #EXTINF:12 duration occupying the same first playlist position across the low quality, medium quality, and high quality streams; segment 00002 likewise is the next entry with a declared #EXTINF:12 duration; the correspondence continues through all 77 streamlets. The variant playlists use identical ordered streamlet numbering and duration pattern, with #EXTINF:12 for every streamlet except 00042 (#EXTINF:13) and final 00077 (#EXTINF:1). The Master Manifest's #EXT-X-INDEPENDENT-SEGMENTS signaling, together with RFC 8216 at 5, 42, and 43, supports alignment across renditions. The analysis does not include directly observed PTS timestamps or Discontinuity Sequence Numbers; alignment is established by manifest parity and RFC 8216 requirements rather than observed timestamp data.

Thus, the limitations for this claim element are met. Echelon videos comprise groups of streamlets, wherein the first streamlet of each of the groups of streamlets has the same first duration and encodes the same first portion of the live event video in each of the low quality stream, the medium quality stream, and the high quality stream.

To the extent that Echelon does not literally satisfy this limitation, Echelon infringes under at least the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *1[e] wherein the first streamlet of the low quality stream encodes the same first portion of the live event video at a different bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream.* |

As shown above in elements 1[pre]-[d], which are fully incorporated herein, the limitations of this claim are met. *See* §§ A.1[pre]-[d].

Echelon practices a first streamlet of the low quality stream that encodes the same first portion of the live event video at a different bitrate than the first streamlet of the high quality stream and the first streamlet of the medium quality stream. Specifically, 71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts at 524623 bps differs from 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts at 3902361 bps and 71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts at 5498805 bps. All three share the declared #EXTINF:12 duration and the first playlist position.

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

B. Claim 4

| |
|---|
| *4[a] The system of claim 1, further comprising: a plurality of web servers located at different locations across the Internet, each web server configured to:* |

As shown in the companion claim 1 chart, which is incorporated by reference, this claim element is also met. *See* § I.A.

On information and belief, the content provided by the plurality of servers as described below is served through a "content delivery network," which a person of ordinary skill in the art would have understood comprises one or more servers located at different locations across the Internet to provide the content in view of user location and to load balance numerous servers. Amazon CloudFront is a content delivery network. The capture includes "Miss from cloudfront" and "Hit from cloudfront" cache headers, confirming per-segment edge caching across distributed edge locations. The host d3sbd4r3p20qaf.cloudfront.net resolves to 18.161.140.149, 18.161.140.62, 18.161.140.208, and 18.161.140.191.

The URI **d3sbd4r3p20qaf.cloudfront.net** is affiliated with at least the following IP addresses:

```
PS C:\> nslookup d3sbd4r3p20qaf.cloudfront.net
Server:  dsldevice
Address:  192.168.2.254

Non-authoritative answer:
Name:    d3sbd4r3p20qaf.cloudfront.net
Addresses:  2600:9000:2462:3800:9:a0ee:c5c0:21
          2600:9000:2462:400:9:a0ee:c5c0:21
          2600:9000:2462:7e00:9:a0ee:c5c0:21
          2600:9000:2462:f800:9:a0ee:c5c0:21
          2600:9000:2462:1000:9:a0ee:c5c0:21
          2600:9000:2462:da00:9:a0ee:c5c0:21
          2600:9000:2462:7c00:9:a0ee:c5c0:21
          2600:9000:2462:5a00:9:a0ee:c5c0:21
          18.161.140.149
          18.161.140.62
          18.161.140.208
          18.161.140.191
```

Windows PowerShell nslookup for d3sbd4r3p20qaf.cloudfront.net (highlights added). A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.149#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.62#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.208#ipresult shows this IP address associated with one or more servers in Dallas, Texas. A reverse IP geolocation lookup at https://www.geolocation.com/?ip=18.161.140.191#ipresult shows this IP address associated with one or more servers in Dallas, Texas.

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *4[b] receive at least one streamlet request over one or more Internet connections from the one or more end user stations to retrieve the first streamlet storing a portion of the video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the streams;* |

As shown in the companion claim 1 chart and element 4[a] above, which are incorporated by reference, this claim element is also met. *See* §§I.A.1; B.4[a].

End user stations running the Echelon App issue streamlet requests over one or more Internet connections to retrieve the first streamlet storing a portion of the video, and Echelon's

server receives those requests. The Echelon App issues automatic HTTP GET requests over TCP without user input for each sequential streamlet.

RFC 8216 at 5 explains that "[c]lients should switch between different Variant Streams to adapt to network conditions," and at 4 explains that HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality."

The Echelon App initially requested and received the 524623 Bandwidth (480x270) version and fetched all four variant playlists up front after receiving the Master Manifest. The trace shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the Echelon App requested and received the 3902361 Bandwidth (960x540) and 5498805 Bandwidth (1280x720) versions. The native AVPlayer/CoreMedia HLS player evaluates current conditions when selecting renditions, so the requests the server receives include a request for a currently selected streamlet based on an end-user-station determination to select a higher or lower bitrate version. Server-side receipt is evidenced by the "Complete" request status.

For example, in the exemplary test shown herein of an on-demand cycling class titled "Intermediate Workout 15," the Echelon App on an Apple iPhone running iOS 26.6 made an HTTP GET request to **d3sbd4r3p20qaf.cloudfront.net** for the Master Manifest located at the following path: **/c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb.m3u8** (hereafter referred to as the "Master Manifest" or "master.m3u8"). The Master Manifest returned the contents below.

```
EXTM3U

#EXT-X-VERSION:3

#EXT-X-INDEPENDENT-SEGMENTS

#EXT-X-STREAM-INF:BANDWIDTH=524623,AVERAGE-
BANDWIDTH=494005,RESOLUTION=480x270,FRAME-
RATE=14.985,CODECS=”avc1.4d401f,mp4a.40.5”

71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=1439848,AVERAGE-
BANDWIDTH=1358302,RESOLUTION=640x360,FRAME-
RATE=29.970,CODECS=”avc1.4d401f,mp4a.40.5”

71c9960b-eba3-4295-8a50-22a9c7a72ddb_360p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=3902361,AVERAGE-
BANDWIDTH=3708953,RESOLUTION=960x540,FRAME-
RATE=29.970,CODECS=”avc1.4d401f,mp4a.40.5”
```

71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p.m3u8

#EXT-X-STREAM-INF:BANDWIDTH=5498805,AVERAGE-BANDWIDTH=5242169,RESOLUTION=1280x720,FRAME-RATE=29.970,CODECS="avc1.4d401f,mp4a.40.5"

71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p.m3u8

File path: **master.m3u8**

The Master Manifest shows four bandwidth versions, or variant streams, of the video at the following bandwidths: 524623 (referred to herein as the "524623 Bandwidth") having a resolution of 480x270; 1439848 (referred to herein as the "1439848 Bandwidth") having a resolution of 640x360; 3902361 (referred to herein as the "3902361 Bandwidth") having a resolution of 960x540; and 5498805 (referred to herein as the "5498805 Bandwidth") having a resolution of 1280x720. The 524623 Bandwidth version is the low-quality stream, the 3902361 Bandwidth version is the medium-quality stream, and the 5498805 Bandwidth version is the high-quality stream. The 1439848 Bandwidth version is an additional 640x360 variant.

For each of these bandwidth versions, the Master Manifest provides a link to a playlist for the specified version of the selected video at a particular bandwidth and resolution. Each variant stream or bandwidth version playlist is defined by the streamlet file path.

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

*4[c] retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and*

As shown in the companion claim 1 chart and elements 4[a]-[b] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.1; B.4[a]-[b].

Echelon retrieves from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream. The completed GET requests evidence server-side retrieval.

The Echelon App running Apple's native AVPlayer/CoreMedia HLS stack receives the requested streamlets over the network. The playlists are ordered by playlist position and sequential Media Sequence Numbers, which support ordered retrieval, while the capture does not document observed playback order on the device.

As shown below, the **524623 Bandwidth, 3902361 Bandwidth,** and **5498805 Bandwidth** version playlists contain segments, or streamlets, that encode portions of Echelon's on-demand cycling class titled "Intermediate Workout 15." The 1439848 Bandwidth version is an additional

640x360 variant. Each of The variant playlists contains exactly 77 streamlets arranged in ascending playlist order. The streamlet files are MPEG-2 Transport Stream (.ts) files named 71c9960b-eba3-4295-8a50-22a9c7a72ddb_{270p|360p|540p|720p}_{00001..00077}.ts. Each line beginning with "#EXTINF" specifies the declared duration of a streamlet, and the next line identifies the streamlet file: #EXTINF:12 for every segment except segment 00042 (#EXTINF:13) and segment 00077 (#EXTINF:1). Each playlist ends with #EXT-X-ENDLIST.

| | |
|---|---|
| **524623 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00077.ts<br><br>#EXT-X-ENDLIST |
| **3902361 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12, |

| | |
|---|---|
| | 71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00004.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_540p_00077.ts<br><br>#EXT-X-ENDLIST |
| **5498805 Bandwidth** | #EXTM3U<br>#EXT-X-VERSION:3<br>#EXT-X-TARGETDURATION:13<br>#EXT-X-MEDIA-SEQUENCE:1<br>#EXT-X-PLAYLIST-TYPE:VOD<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00001.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00002.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00003.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00004.ts |

| | |
|---|---|
| | #EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00005.ts<br><br>***<br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00074.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00075.ts<br><br>#EXTINF:12,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00076.ts<br><br>#EXTINF:1,<br>71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00077.ts<br><br>#EXT-X-ENDLIST |

When the Echelon App requests streaming of the on-demand cycling class titled "Intermediate Workout 15" hosted on the CloudFront host **d3sbd4r3p20qaf.cloudfront.net**, the VOD playlist entries and sequential Media Sequence Numbers support retrieval in ascending playlist order. The capture does not document observed playback order on the device. The Charles Proxy Sequence below shows completed GET requests for streamlets from the CloudFront host.

| [15]Method | Host | Path16 | … | Status |
|---|---|---|---|---|
| GET | d3sbd4r3p20qaf.cloudfront.net | .../hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00011.ts | … | Complete |
| GET | d3sbd4r3p20qaf.cloudfront.net | .../hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_720p_00012.ts | … | Complete |

[15]Any highlighting presented throughout this chart is intended to exemplify certain elements of Echelon's operation and is not intended to limit DISH's position with respect to how Echelon practices any element of the claims.

- BLUE = media segment
- YELLOW = variant stream

[16] Video path abbreviated for readability throughout.




To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *4[d] send the retrieved first streamlet from the currently selected one of the different copies to the requesting one of the end user stations over the one or more network connections.* |

As shown in the companion claim 1 chart and elements 4[a]-[c] above, which are incorporated by reference, this claim element is also met. *See* §§ I.A.1; B.4[a]-[c].

Echelon sends the retrieved first streamlet from the currently selected one of the different copies to the requesting one of the end user stations over the one or more network connections. The completed GET requests evidence delivery of the requested streamlets. RFC 8216 at 4 ("a client can receive a continuous stream of media from a server for concurrent presentation"), and at 5 ("the client first downloads it and then downloads and plays each Media Segment declared within it.").

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

C. Claim 7

| |
|---|
| *7[a] The system of claim 1, further comprising: a first web server configured to:* |

As shown in the companion claim 1 chart and claim 4 above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B.

In addition to practicing the limitations of claim 1, Echelon provides at least a first web server. The first web server, d3sbd4r3p20qaf.cloudfront.net, stores and serves the Master Manifest, The variant playlists, and the individually-requestable .ts streamlets corresponding to particular video segments over HTTP/TCP in response to the Echelon App's GET requests. The variant playlists include the 524623 low-quality, 1439848 additional 640x360, 3902361 medium-quality, and 5498805 high-quality versions.

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[b] receive at least one streamlet request over one or more Internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video,* |

As shown in the companion claim 1 chart, claim 4, and element 7[a] above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B; I.C.7[a].

In addition to practicing the limitations of claim 1, Echelon provides at least a first web server configured to receive at least one streamlet request over one or more Internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video. In particular, Echelon's first web server at d3sbd4r3p20qaf.cloudfront.net receives HTTP GET requests from end user stations for specific streamlet files (e.g., /c6fc054b-9dfa-4eb3-8085-23c2ee75ffb4/hls/71c9960b-eba3-4295-8a50-22a9c7a72ddb_270p_00001.ts) and retrieves and serves the corresponding first streamlet storing the first portion of the live event video.

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[c] wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user station to select a higher or lower bitrate version of the live event video;* |

As shown in the companion claim 1 chart, claim 4, and elements 7[a]-[b] above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B; I.C.7[a]-[b].

In addition to practicing the limitations of claim 1, Echelon provides at least a first web server configured to receive at least one streamlet request over one or more Internet connections from the one or more end user stations to retrieve the first streamlet storing the first portion of the live event video, wherein the at least one streamlet request from the one or more end user stations includes a request for a currently selected first streamlet from one of the low quality stream, the medium quality stream, and the high quality stream based upon a determination by the end user

station to select a higher or lower bitrate version of the live event video. The Echelon App issues automatic HTTP GET requests over TCP without user input for each sequential streamlet. During streaming of the exemplary test video, the Echelon App requested streamlets from the CloudFront host via HTTP GET requests. RFC 8216 at 5 explains that "[c]lients should switch between different Variant Streams to adapt to network conditions," and at 4 explains that HLS "allows a receiver to adapt the bitrate of the media to the current network conditions in order to maintain uninterrupted playback at the best possible quality." The Echelon App initially requested and received the 524623 Bandwidth (480x270) version and fetched all four variant playlists up front after receiving the Master Manifest. The trace shows interleaved segment requests in a single session: 270p segments 1–11, 360p segments 11–14, 540p segments 1–14, and 720p segments 1–17. Upon successive determinations that higher bitrates were sustainable, the Echelon App requested and received the 3902361 Bandwidth (960x540) and 5498805 Bandwidth (1280x720) versions.

The native AVPlayer/CoreMedia HLS player evaluates current conditions when selecting renditions, so the requests the server receives include a request for a currently selected streamlet based on an end-user-station determination to select a higher or lower bitrate version. Server-side receipt is evidenced by the "Complete" request status.

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[d] retrieve from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream; and* |

As shown in the companion claim 1 chart, claim 4, and elements 7[a]-[c] above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B; I.C.7[a]-[c].

In addition to practicing the limitations of claim 1, Echelon practices retrieving from the storage device the requested first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream. The completed GET requests evidence server-side retrieval. The playlists are ordered by playlist position and sequential Media Sequence Numbers, with 77 .ts streamlets per playlist and declared #EXTINF:12 durations for every segment except 00042 (#EXTINF:13) and 00077 (#EXTINF:1), while the capture does not document observed playback order on the device.

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.

| |
|---|
| *7[e] send the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections.* |

As shown in the companion claim 1 chart, claim 4, and elements 7[a]-[d] above, which are incorporated by reference, this claim element is also met. *See* §I.A; I.B; I.C.7[a]-[d].

In addition to practicing the limitations of claim 1, Echelon practices sending the retrieved first streamlet from the currently selected one of the low quality stream, the medium quality stream, and the high quality stream to the requesting one of the end user stations over the one or more network connections. The Echelon App's native AVPlayer/CoreMedia HLS stack receives the requested streamlets from the server over the network. The completed GET requests evidence server-side delivery. RFC 8216 at 4 ("a client can receive a continuous stream of media from a server for concurrent presentation"), and at 5 ("the client first downloads it and then downloads and plays each Media Segment declared within it.").

To the extent that Echelon contends that it does not literally satisfy this limitation, Echelon infringes under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve the same result.